

299 Broadway
17th Floor
New York, New York 10007

(212) 233-3900

evan@brusteinlaw.com
www.brusteinlaw.com

February 11, 2021

**BY ECF**
Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

re: Maria J. Pizarro v. Euros El Tina Restaurant, Lounge, and Billiards Corp., et al 20-CV-5783 (AKH)

Your Honor,

My office represents Plaintiff Maria J. Pizarro (hereinafter "Plaintiff"), in this action. In that capacity, I write with the consent of Martin Restituyo, Esq., Defendants' counsel, to respectfully request an extension of the time to answer or otherwise respond to Defendants' counter claims from February 12, 2021 up to and including March 5, 2021. The reason for this request is the undersigned has an opposition to a motion for summary judgment in the District of New Jersey due on February 18, 2021 before the Honorable John Michael Vasquez in the matter of Available Trade International, LLC. V. Tekno Products, Inc. 2:19-CV-14851 (JMV) (JAD), an opposition to a motion for change of venue in the Southern District of New York before the Honorable Ronnie Abrams in the matter of Shameika Chan v. iSpot TV, Inc., 20-CV-8222 (RA) and a hearing on March 1, 2021 in Kings County Family Court. Based on these other matters, the undersigned respectfully requests that Plaintiff's response to the Third-Party Complaint be due by March 5, 2021. Plaintiff thanks the Court for its consideration herein.

Respectfully submitted,

/s/Evan Brustein

Evan Brustein
BRUSTEIN LAW PLLC
299 Broadway, 17th Floor
New York, New York 10007

Telephone: (212) 233-3900
Facsimile: (212) 385-0531
Email: evan@brusteinlaw.com
*Attorneys for Defendant*

cc:     All parties (via ECF)