MARIA JOSE PIZARRO

                                 Plaintiff(s)

- against -

Index # 1:20-CV-05783-AKH

EUROS EL TINA RESTAURANT LOUNGE, ETAL

Purchased January 22, 2021

                                 Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ERIKA TEJEDA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 13, 2021 at 05:33 PM at

534 WEST 153RD STREET, APT 15
NEW YORK, NY 10031

deponent served the within SUMMONS IN A CIVIL ACTION AND DEFENDANT'S FIRST AMENDED ANSWER TO PLAINTIFFS COMPLAINT, COUNTERCLAIM AGAINST PLAINTIFF, * on EMITON FERNANDEZ A/K/A EMILIO FERNANDEZ therein named,

**SUITABLE AGE**    by delivering thereat a true copy of each to "JOHN SMITH" a person of suitable age and discretion. Said premises is Defendant's dwelling house within the state. He identified himself as the CO-TENANT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BROWN | GRAY | 65 | 5'7 | 150 |

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence at

534 WEST 153RD STREET, APT 15
NEW YORK, NY 10031

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on February 17, 2021 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

**MILITARY SERVICE**    Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

* MARIA PIZARRO, THIRD-PARTY COMPLAINT, AND CROSS CLAIMS AGAINST THIRD PARTY DEFENDANTS, JOSE E. CASTRO, ELADIO CASTRO PRODUCTIONS, INC., EMITON FERNANDEZ A/K/A EMILIO FERNANDEZ, NARCISO GOMEZ, ZOILIMAR MEJIA A/K/A ZULIMAR MEJIA, AND THOMAS ANDRES PIZARRO ZEPEDA.

Sworn to me on: February 17, 2021

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER |
|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York |
| No. 01KN6178241 | No. 01MU6238632 | No. 01BR4949206 |
| Qualified In New York County | Qualified in Queens County | Qualified in Bronx County |
| Commission Expires November 26, 2023 | Commission Expires April 11, 2023 | Commission Expires April 3, 2023 |

ERIKA TEJEDA
License #: 1088563
Invoice #: 758703

UNITED PROCESS SERVICE, INC., 225 BROADWAY, SUITE 440, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045