UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MARIA J. PIZARRO,

                Plaintiff,

-against-

EUROS EL TINA RESTAURANT LOUNGE AND BILLIARDS CORP, SANTIAGO QUEZADA, and SANTIAGO QUEZADA, Jr.,

                Defendants.

-and-

JOSE E. CASTRO, ELADIO CASTRO PRODUCTIONS INC., EMITON FERNANDEZ a.k.a. EMILIO FERNANDEZ, NARCISO GOMEZ, ZOLIMAR MEJIA a.k.a. ZULIMAR MEJIA, and TOMAS ANDRES PIZARRO ZEPEDA,

                Third-Party Defendants.

**[PROPOSED] ORDER**

DOCKET 20-CV-5783 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

This matter having come before the Court on Plaintiff's Motion to Compel the Production of Documents ("Plaintiff's Motion to Compel"), and the Court having reviewed the case record and heard the arguments of the Parties, it is hereby ordered that:

1. Plaintiff's Motion to Compel is GRANTED.
2. Defendants shall produce to Plaintiff's counsel all non-privileged documents, recordings, and electronically stored information within their possession, custody, or control responsive to Plaintiff's First Request for Production at issue on or before July 7, 2021.

3. Plaintiff is to be awarded costs and attorneys' fees in an amount to be determined.

SO ORDERED.

Dated:  New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge