

299 Broadway
17th Floor
New York, New York 10007

(212) 233-3900

evan@brusteinlaw.com
www.brusteinlaw.com

June 7, 2021

**<u>Via ECF</u>**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Pizarro v. Euros El Tina Restaurant Lounge and Billiards Corp., et al.* 20-CV-5783 (AKH)

Dear Judge Hellerstein:

    My firm Brustein Law PLLC represents Plaintiff Maria J. Pizarro ("Plaintiff") in the aforementioned matter. On June 5, 2021, Plaintiff filed motion papers seeking to compel discovery. Please find enclosed one courtesy copy of the filed papers as detailed below:

1. First Motion to Compel Defendants Euros El Tina Restaurant Lounge and Billiards Corp., Santiago Quezada, and Santiago Quezada, Jr. to produce discovery, filed on June 5, 2021 under ECF Document Number 84;

2. Memorandum of Law in Support of Plaintiff's First Motion to Compel, filed on June 5, 2021, under ECF Document Number 85; and,

3. Proposed Order, filed on June 5, 2021, under ECF Document Number 86.

Respectfully submitted,

_/s/ Evan Brustein_____
Evan Brustein

cc:  All counsel (via ECF)