UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
MARIA JOSE PIZARRO,

                    Plaintiff,

  -against-

EUROS EL TINA RESTAURANT LOUNGE
AND BILLIARDS CORP., SANTIAGO
QUEZADA, and SANTIAGO QUEZADA, Jr.,

                    Defendants,

  -and-

JOSE E. CASTRO, ELADIO CASTRO
PRODUCTIONS, INC., EMITON FERNANDEZ
a.k.a. EMILIO FERNANDEZ, NARCISO
GOMEZ, ZOILIMAR MEJIA a.k.a ZULIMAR
MEJIA, and TOMAS ANDRES PIZARRO
ZEPEDA,

                Third Party Defendants.
---------------------------------------------------------------- X

**ORDER REGULATING PROCEEDINGS**

20-CV-5783 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On September 10, 2021, I held a telephonic status conference in the above-captioned matter.

      The Defendants will file a motion by October 8, 2021 as to whether, under the facts of this case, the court has subject matter jurisdiction pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e.  Plaintiff's opposition shall be filed by November 5, 2021.  Defendants' Reply shall be filed by November 16, 2021.

      All pending discovery is hereby stayed until November 16, 2021 and the determination of the motion.

      SO ORDERED.

Dated: September 14, 2021        ___/s/ Alvin K. Hellerstein_____
New York, New York          ALVIN K. HELLERSTEIN
                United States District Judge