# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| MARIA J. PIZARRO ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 20-CV-5783 (AKH) |
| EUROS EL TINA REST. LOUNGE BILLIARDS CORP ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF MARIA J. PIZARRO

Date: 09/25/2021

*Attorney's signature*

MARK MARINO. MM0676
*Printed name and bar number*

99 WALL STREET, SUITE 1865
NEW YORK, NY 10005

*Address*

mmarino@marino-law.com
*E-mail address*

(212) 748-9552
*Telephone number*

(646) 219-5350
*FAX number*