UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
MARIA JOSE PIZARRO,

                                                Plaintiff,

   -against-

EUROS EL TINA RESTAURANT LOUNGE and
BILLIARDS CORP., SANTIAGO QUEZADA,
And SANTIAGO QUEZADA, Jr.,

                                              Defendants.
   -and-

JOSE E. CASTRO, ELADIO CASTRO
PRODUCTIONS, INC., EMITON FERNANDEZ
a.k.a. EMILIO FERNANDEZ, NARCISO
GOMEZ, ZOILIMAR MEJIA a.k.a ZULIMAR
MEJIA, and TOMAS ANDRES PIZARRO
ZEPEDA,

                                  Third Party Defendants.

---------------------------------------------------------------- x

**ORDER**

20 Civ. 5783 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On April 19, 2021 Defendants filed a motion to consolidate cases (ECF No. 69).

However, the related case, 21 Civ 3445 (ER), was remanded to state court and closed.

Accordingly, the motion to consolidate is denied as moot and the Clerk shall terminate ECF

No. 69.

        SO ORDERED.

Dated:     February 16, 2022                 /s/ Alvin K. Hellerstein
             New York, New York         ALVIN K. HELLERSTEIN
                                                United States District Judge