UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

MARIA JOSE PIZARRO,                                    :
                                                       :
                        Plaintiff(s),                  :      **SCHEDULING ORDER**
                                                       :
            -v-                                         :      20 Civ. 5783 (AKH)
                                                       :
                                                       :
                                                       :
EUROS EL TINA RESTAURANT AND                           :
BILLIARDS CORP., ET AL.                                :
                                                       :
                                                       :
                        Defendant(s).                  :
------------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The parties are hereby ordered to appear for a status conference on May 20, 2022 at 10:00 a.m., which conference will be held via the following call-in number:

        **Call-in number: 888-363-4749**

        **Access code: 7518680**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

        Finally, no later than May 18, 2022, at 4:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.


        SO ORDERED.

Dated:      May 17, 2022                          _____/s/_____
            New York, New York                    ALVIN K. HELLERSTEIN
                                                   United States District Judge