**MARK A. MARINO, PC**
99 Wall Street, Suite 1865
New York, New York 10005

Tel: 212.748.9552                                         mmarino@marino-law.com
Fax: 646.219.5350

May 18, 2022

<u>*Via ECF*</u>
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>*Pizarro v. Euros El Tina Restaurant Lounge and Billiards Corp.*, 20-cv-05783-AKH</u>
<u>*Roster of Attorneys for Friday's Conference*</u>

Dear Judge Hellerstein:

In accordance with the Court's instructions, I submit this roster of attendees for Friday's conference in the above-referenced matter:

Evan Brustein (Counsel for Plaintiff)
Brustein Law PLLC
299 Broadway, 17th Floor
New York, New York 10007

Mark Marino (Counsel for Plaintiff)
Mark A. Marino PC
99 Wall Street, Suite 1865
New York, New York 10005

Jesse Rose (Counsel for Third-Party Defendants Jose E. Castro and Eladio Castro Productions Inc.)
The Rose Law Group, PLLC
3272 Steinway Street, Suite 503
Astoria, New York 11103

Martin E. Restituyo (Counsel for Defendants/Counterclaimants)
Law Offices of Martin E. Restituyo, P.C.
1325 Avenue of the Americas, 28th Floor
New York, New York 10019

Respectfully submitted,

*/s/ Mark Marino*

Mark Marino