

299 Broadway
17th Floor
New York, New York 10007

(212) 233-3900

evan@brusteinlaw.com
www.brusteinlaw.com

June 13, 2022

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14D
New York, New York 10007
(*via*: ECF))

                        RE:      Maria J. Pizarro v. Euros El Tina Restaurant Lounge and Billiards Corp., et al. 20-CV-5783(AKH)

Dear Your Honor:

I write to correct the record with respect to the "Joint Letter Motion for Discovery" filed by Martin Restituyo, Esq. on June 10, 2022 and to oppose the motion. First, Mr. Restituyo has violated Rule 11 but submitting this "Joint Letter Motion" because he knows it to be false. While Mr. Restituyo's submission to the Court begins, "This letter is being submitted jointly by the parties…" Mr. Restituyo was fully aware that an hour before he filed his letter, Plaintiff had filed a letter regarding the drafting of the joint letter, in which Plaintiff advised the Court that Mr. Restituyo had failed to comply with the Court's Scheduling Order and Plaintiff was unable to respond to Mr. Restituyo's June 10, 2022 letter to the Court. *See* Letter, dated June 10, 2022, at Civil Docket Sheet, Document No. 138. Plaintiff respectfully directs the Court to her June 10, 2022 letter for a full recitation of Mr. Restituyo's antics and respectfully requests that the Court disregard Mr. Restituyo's June 10, 2022, which was not in compliance with the Court's Order.

Plaintiff thanks the Court for its consideration herein.

        Very truly yours,

          /s/

        Evan Brustein

cc: All Parties (*via ECF)*