UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
MARIA JOSE PIZARRO,

                        Plaintiff,

     -against-

EUROS EL TINA RESTAURANT LOUNGE and
BILLIARDS CORP., SANTIAGO QUEZADA,
And SANTIAGO QUEZADA, Jr.,

                       Defendants.
     -and-

JOSE E. CASTRO, ELADIO CASTRO
PRODUCTIONS, INC., EMITON FERNANDEZ
a.k.a. EMILIO FERNANDEZ, NARCISO
GOMEZ, ZOILIMAR MEJIA a.k.a ZULIMAR
MEJIA, and TOMAS ANDRES PIZARRO
ZEPEDA,

                  Third Party Defendants.

---------------------------------------------------------------- x

**SCHEDULING ORDER**

20 Civ. 5783 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The final pre-trial conference shall take place on October 11, 2023, at 11 a.m.

Trial shall begin October 16, 2023, at 10:00 a.m.

      SO ORDERED.

Dated:     March 7, 2023              __/s/ Alvin K. Hellerstein__
             New York, New York       ALVIN K. HELLERSTEIN
                                               United States District Judge