UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA JOSE PIZARRO,

    Plaintiff,

v.

EUROS EL TINA RESTAURANT LOUNGE AND BILLIARDS CORP.,

    Defendants.

No. 20-CV-5783 (AKH)

**PLAINTIFF'S PROPOSED VERIDICT FORM**

1. Has Plaintiff proven that it is more likely than not that she was discriminated against, harassed and/or exposed to a hostile work environment on the basis of her sex and/or gender? Place a check mark next to the correct answer.

|  | YES | NO |
|---|---|---|
| **EUROS EL TINA RESTAURANTLOUNGE AND BILLIARDS CORP.** | _____ | _____ |
| **SANTIAGO QUEZADA SR.** | _____ | _____ |
| **SANTIAGO QUEZADA JR.** | _____ | _____ |

2. Has Plaintiff proven that it is more likely than not that she was retaliated against for complaining about discrimination, harassment and/or hostile work environment on the basis of her sex and/or gender? Place a check mark next to the correct answer.

|  | YES | NO |
|---|---|---|
| **EUROS EL TINA RESTAURANTLOUNGE AND BILLIARDS CORP.** | _____ | _____ |
| **SANTIAGO QUEZADA SR.** | _____ | _____ |
| **SANTIAGO QUEZADA JR.** | _____ | _____ |

**If you answered NO for all parties to both Questions 1 and 2 then STOP—your deliberations are over. The Foreperson should sign and date the verdict form and inform the marshal that you have completed your deliberations.**

**If you answered YES to either of <u>the above</u> questions for any party, proceed to Questions 3 and 4.**

## II. **DAMAGES**

### Compensatory Damages

3. Please state the total amount, if any, of compensatory damages that Plaintiff has proven by a preponderance of the evidence were caused by the violation of the Plaintiff's civil rights by any or all of the Defendants.

Mental/Emotional Pain and Suffering          $_____

Lost Wages                                   $_____

### Punitive Damages

4. Please state the total amount, if any, of punitive damages that Plaintiff has proven by a preponderance of the evidence that any or all of the Defendants' conduct was malicious and reckless.

Punitive Damages                             $_____

**We, the Jury empaneled and sworn in the above-entitled action, upon our oaths, do find the above verdict.**

**Foreperson Signature**

**Dated October_____, 2023**