

299 Broadway
17th Floor
New York, New York 10007

(212) 233-3900

evan@brusteinlaw.com
www.brusteinlaw.com

October 10, 2023

**Via ECF:**
Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

re: Pizarro v Euros El Tina Restaurant Lounge and Billiards Corp, et al. 20-CV-5783 (AKH)

Dear Judge Hellerstein,

    My office, along with Mark Marino, Esq., represent plaintiff, Maria Pizarro, in this action. In that capacity, I write on behalf of the parties to advise the Court of the following appearances for tomorrow's final pre-trial conference in the above matter:

**For Plaintiff:**
Evan Brustein
BRUSTEIN LAW PLLC
299 Broadway, 17th Floor
New York, New York 10007
Telephone: (212) 233-3900
Facsimile: (212) 285-0531
Email: evan@brusteinlaw.com

Mark A. Marino
99 wall Street, Suite 1865
New York, New York 10005
Telephone (212) 748-9552
Facsimile: (646) 219-5350
Email: mmarino@marino-law.com

**For Defendants:**
Martin Restituyo, Esq.
Law Offices of Martin E. Restituyo, P.C.
1325 Avenue of the Americas, 28 th Floor
New York, New York 10019
Telephone: (212) 729-7900
Facsimile: (212) 729-7490
restituyo@restituyolaw.com

The parties thank the Court for its consideration herein.

Respectfully submitted,
/s/ Evan Brustein
Evan Brustein
BRUSTEIN LAW PLLC
299 Broadway, 17th Floor
New York, New York 10007
Telephone: (212) 233-3900
Facsimile: (212) 285-0531
Email: evan@brusteinlaw.com
*Attorneys for Plaintiff*

cc:     All counsel. (via email)