UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
MARIA JOSE PIZARRO,                                              :
                                                                 :
                              Plaintiff,                         :   **SCHEDULING ORDER**
                                                                 :
        -against-                                                :   20 Civ. 5783 (AKH)
                                                                 :
EUROS EL TINA RESTAURANT LOUNGE and                              :
BILLIARDS CORP. and SANTIAGO QUEZADA,                            :
                                                                 :
                              Defendants.                        :
                                                                 :
---------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       After the jury verdict was rendered on October 23, 2023, I set briefing schedules for attorneys' fees and post-trial motions. As to attorneys' fees, Plaintiff is to send fee requests and supporting information to Defendants by December 8, 2023. Plaintiff is to file by December 22, 2023 all agreements made between the parties. If there is no agreement between the parties regarding fees, Defendants are to file an opposition brief by January 26, 2024. Replies are due February 8, 2024.

       Defendants are to file any Rule 50 or Rule 59 post-trial motions by November 27, 2023. Opposition briefs are due December 14, 2023. Replies are due December 22, 2023.

       The Clerk is instructed to terminate the motions at ECF Nos. 148, 154, 156, all of which have been resolved.

SO ORDERED.

Dated:   October 24, 2023
              New York, New York

ALVIN K. HELLERSTEIN
United States District Judge