**MARK A. MARINO, PC**
**99 Wall Street, Suite 1865**
**New York, New York 10005**

Tel:  212.748.9552                                                                  mmarino@marino-law.com
Fax: 646.219.5350

December 22, 2023

<u>*Via ECF*</u>
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     <u>*Pizarro v. Euros El Tina Restaurant Lounge and Billiards Corp.*, 20-cv-05783-AKH</u>
          *No Agreement on Attorneys' Fees*

Dear Judge Hellerstein:

    I am co-counsel for the plaintiff, Maria Palazzo. I write in accordance with the Court's directive, dated October 23, 2023, to file all agreements between the parties regarding attorneys' fees. Unfortunately, the parties have not been able to agree on any aspect of the fee amounts. Notably, Ms. Pizarro is filing her fee application with the Court since there has been no agreement.

    I thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Mark Marino*

Mark Marino

cc:     Martin E. Restituyo, Esq. (*via ECF*)