**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x

MARIA JOSE PIZARRO,　　　　　　　　　　　　　　No: 20-CV-5783 (AKH)

　　　　　　　　　　　Plaintiff,

　- against-　　　　　　　　　　　　　　　　　　**NOTICE OF MOTION**
　　　　　　　　　　　　　　　　　　　　　　　　**FOR ATTORNEYS' FEES**

EUROS EL TINA RESTAURANT LOUNGE AND
BILLIARDS CORP., SANTIAGO QUEZADA, AND
SANTIAGO QUEZADA, JR.,

　　　　　　　　　　　Defendants.
------------------------------------------------------------------------x

TO:　Martin Restituyo, Esq., The Law Offices of Martin E. Restituyo P.C., 1345 Avenue of the Americas, 28th Floor, New York, New York 10019 (*Attorney for the Defendants*)

　　　**PLEASE TAKE NOTICE** that, upon the annexed Memorandum of Law in Support of Plaintiff's Motion for Attorneys' Fees (and attached exhibits and supporting declarations), dated January 2, 2024, and upon all prior pleadings, documents, and proceedings had herein, Plaintiff Maria J. Pizarro will move this Court, before the Honorable Alvin K. Hellerstein, District Judge of United States District Court for the Southern District of New York, at Courtroom 14D, 500 Pearl Street, New York, New York 10007, on the 23rd day of February 2024, at 9:30 a.m., or as soon thereafter as counsel can be heard, for an Order granting Plaintiff's motion for attorneys' fees in the amount requested, and for such other and further relief as the Court may deem just and proper.

　　　**PLEASE TAKE FURTHER NOTICE** that in accordance with the Court's October 24, 2023 Order, opposition papers, if any, are due on or before January 26, 2024.

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Court's October 24, 2023 Order, reply papers, if any, are due on or before February 8, 2024.

Dated: New York, New York
January 2, 2024

                                                       MARK A. MARINO, PC

                                                       ___/s/ Mark Marino_____
                                                       Mark Marino, Esq.
                                                       99 Wall Street, Suite 1865
                                                       New York, NY 10005
                                                       Tel: 212-748-9552
                                                       Fax: 646-219-5350
                                                       *Co-counsel for Plaintiff*