

# INVOICE

Date: 11/27/2023
Due Upon Receipt

# Brustein Law

299 Broadway, 17th Floor
New York, NY 10007
Phone: 2122333900
Email: evan@brusteinlaw.com
brusteinlaw.com

Santiago Quezada Sr.
c/o Law Offices of Martin E. Restituyo
1325 Avenue of the Americas, 28th Floor
New York, New York 10019

## Pizarro v Euros El Tina, et al 20-cv-5783 (AKH)

**Services**

| Type | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- |
| Service | 01/10/2020 | client intake | 2.00 | $550.00 | $1,100.00 |
| Service | 01/13/2020 | reviewing client intake form | 0.80 | $550.00 | $440.00 |
| Service | 01/13/2020 | researching Euros El Tina | 0.60 | $550.00 | $330.00 |
| Service | 01/14/2020 | drafting demand letter | 1.50 | $550.00 | $825.00 |
| Service | 01/14/2020 | client communication re: Defendants answer | 2.50 | $550.00 | $1,375.00 |
| Service | 01/15/2020 | reviewing demand letter w client | 0.70 | $550.00 | $385.00 |
| Service | 01/19/2020 | communications w client | 0.50 | $550.00 | $275.00 |
| Service | 02/25/2020 | reviewing documents re: sale of business | 0.80 | $550.00 | $440.00 |
| Service | 03/04/2020 | witness interview | 1.00 | $550.00 | $550.00 |
| Service | 03/18/2020 | call w client | 1.00 | $550.00 | $550.00 |
| Service | 03/30/2020 | drafting EEOC complaint | 1.40 | $550.00 | $770.00 |
| Service | 04/22/2020 | call w client | 1.10 | $550.00 | $605.00 |
| Service | 04/27/2020 | reviewing bank records | 0.80 | $550.00 | $440.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 06/19/2020 | communication with client | 0.30 | $550.00 | $165.00 |
| Service | 07/07/2020 | drafting federal complaint | 5.70 | $550.00 | $3,135.00 |
| Service | 07/15/2020 | revising complaint | 2.10 | $550.00 | $1,155.00 |
| Service | 07/22/2020 | call w client | 1.10 | $550.00 | $605.00 |
| Service | 07/24/2020 | filing federal complaint | 0.20 | $550.00 | $110.00 |
| Service | 08/03/2020 | requesting summonses | 0.20 | $550.00 | $110.00 |
| Service | 08/20/2020 | communication w opposing counsel | 0.20 | $550.00 | $110.00 |
| Service | 08/21/2020 | communication w opposing counsel | 0.20 | $550.00 | $110.00 |
| Service | 08/25/2020 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 10/12/2020 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 10/19/2020 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 10/22/2020 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 10/26/2020 | call w client | 0.50 | $550.00 | $275.00 |
| Service | 11/19/2020 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 11/29/2020 | email w court | 0.10 | $550.00 | $55.00 |
| Service | 11/30/2020 | call w client | 0.40 | $550.00 | $220.00 |
| Service | 12/02/2020 | drafting initial report of parties | 0.30 | $550.00 | $165.00 |
| Service | 12/03/2020 | interview of Eladio Castro | 0.80 | $550.00 | $440.00 |
| Service | 12/03/2020 | interview of Cristian Dilone | 0.70 | $550.00 | $385.00 |
| Service | 12/04/2020 | initial conference | 0.40 | $550.00 | $220.00 |
| Service | 12/04/2020 | court call | 1.00 | $550.00 | $550.00 |
| Service | 12/08/2020 | revised case management plan | 0.20 | $550.00 | $110.00 |
| Service | 12/09/2020 | reviewing civil case management order | 0.20 | $550.00 | $110.00 |
| Service | 12/11/2020 | communication w client | 0.50 | $550.00 | $275.00 |
| Service | 01/08/2021 | reviewing ECF filings | 0.20 | $550.00 | $110.00 |
| Service | 01/11/2021 | reviewing Defendants answer and cross claims | 1.40 | $550.00 | $770.00 |
| Service | 01/12/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 01/12/2021 | reviewing ECF filings | 0.20 | $550.00 | $110.00 |
| Service | 01/15/2021 | communication w opposing counsel | 0.20 | $550.00 | $110.00 |
| Service | 01/19/2021 | reviewing ECF filings | 0.20 | $550.00 | $110.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 01/20/2021 | reviewing documents re: answer | 0.80 | $550.00 | $440.00 |
| Service | 01/25/2021 | review counter claim with client | 1.60 | $550.00 | $880.00 |
| Service | 01/25/2021 | reviewing ECF filings | 0.20 | $550.00 | $110.00 |
| Service | 01/26/2021 | communication w opposing counsel | 0.40 | $550.00 | $220.00 |
| Service | 01/27/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 01/27/2021 | reviewing ECF filings | 0.20 | $550.00 | $110.00 |
| Service | 02/11/2021 | drafting motion requesting extension of time | 0.30 | $550.00 | $165.00 |
| Service | 02/12/2021 | reviewing court order | 0.10 | $550.00 | $55.00 |
| Service | 02/22/2021 | response to answer and cross claims | 3.20 | $550.00 | $1,760.00 |
| Service | 02/25/2021 | communication w client | 0.60 | $550.00 | $330.00 |
| Service | 03/02/2021 | reviewing medical documentation | 0.60 | $550.00 | $330.00 |
| Service | 03/04/2021 | drafting initial disclosures | 1.30 | $550.00 | $715.00 |
| Service | 03/08/2021 | drafting discovery demands | 2.40 | $550.00 | $1,320.00 |
| Service | 03/30/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 04/09/2021 | reviewing defendants' initial disclosures | 0.40 | $550.00 | $220.00 |
| Service | 04/12/2021 | reviewing Defendants discovery demands | 0.60 | $550.00 | $330.00 |
| Service | 04/20/2021 | drafting notices of depositions and service | 0.40 | $550.00 | $220.00 |
| Service | 04/22/2021 | communication w opposing counsel | 0.30 | $550.00 | $165.00 |
| Service | 04/29/2021 | communication w opposing counsel | 0.20 | $550.00 | $110.00 |
| Service | 04/30/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 05/04/2021 | reviewing court order | 0.10 | $550.00 | $55.00 |
| Service | 05/07/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 05/11/2021 | reviewing Emiton Fernandez filing | 0.20 | $550.00 | $110.00 |
| Service | 05/12/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 05/13/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 05/13/2021 | reviewing court order | 0.10 | $550.00 | $55.00 |
| Service | 05/14/2021 | reviewing filings re: default judgment | 0.20 | $550.00 | $110.00 |
| Service | 05/20/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 05/21/2021 | drafting deficiency letter | 2.50 | $550.00 | $1,375.00 |
| Service | 05/25/2021 | reviewing financial records | 2.10 | $550.00 | $1,155.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 05/27/2021 | reviewing and revising discovery responses | 4.60 | $550.00 | $2,530.00 |
| Service | 05/27/2021 | researching motion to compel | 3.50 | $550.00 | $1,925.00 |
| Service | 05/28/2021 | review email and documents from Mr. Rose | 0.70 | $550.00 | $385.00 |
| Service | 05/28/2021 | communication w opposing counsel and drafting joint letter | 1.80 | $550.00 | $990.00 |
| Service | 05/28/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 06/01/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 06/02/2021 | communication w client | 0.80 | $550.00 | $440.00 |
| Service | 06/02/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 06/02/2021 | communication w opposing counsel | 0.50 | $550.00 | $275.00 |
| Service | 06/02/2021 | reviewing Castro discovery responses | 1.10 | $550.00 | $605.00 |
| Service | 06/03/2021 | communication w opposing counsel | 0.30 | $550.00 | $165.00 |
| Service | 06/03/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 06/03/2021 | drafting portion of joint letter re motion to compel | 0.80 | $550.00 | $440.00 |
| Service | 06/04/2021 | drafting motion to compel | 3.50 | $550.00 | $1,925.00 |
| Service | 06/04/2021 | communication w opposing counsel | 0.20 | $550.00 | $110.00 |
| Service | 06/04/2021 | reviewing court order | 0.10 | $550.00 | $55.00 |
| Service | 06/05/2021 | supplemental discovery | 0.30 | $550.00 | $165.00 |
| Service | 06/05/2021 | drafting proposed order | 0.60 | $550.00 | $330.00 |
| Service | 06/15/2021 | communication w opposing counsel | 0.20 | $550.00 | $110.00 |
| Service | 06/16/2021 | communication w opposing counsel | 1.70 | $550.00 | $935.00 |
| Service | 06/18/2021 | reviewing court order | 0.20 | $550.00 | $110.00 |
| Service | 06/21/2021 | communication w opposing counsel | 0.40 | $550.00 | $220.00 |
| Service | 06/22/2021 | communication w opposing counsel | 0.20 | $550.00 | $110.00 |
| Service | 07/03/2021 | reviewing opposition memo | 0.80 | $550.00 | $440.00 |
| Service | 07/03/2021 | researching for reply memo | 1.40 | $550.00 | $770.00 |
| Service | 07/07/2021 | drafting reply memo | 2.30 | $550.00 | $1,265.00 |
| Service | 07/12/2021 | reviewing medical records | 0.70 | $550.00 | $385.00 |
| Service | 07/12/2021 | client prep | 3.00 | $550.00 | $1,650.00 |
| Service | 07/20/2021 | reviewing Defendants' deficiency letter | 0.40 | $550.00 | $220.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 07/21/2021 | drafting protective order | 0.80 | $550.00 | $440.00 |
| Service | 07/21/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 07/22/2021 | client meeting | 1.00 | $550.00 | $550.00 |
| Service | 07/22/2021 | client prep | 2.50 | $550.00 | $1,375.00 |
| Service | 07/23/2021 | meet and confer | 0.70 | $550.00 | $385.00 |
| Service | 07/23/2021 | communication w opposing counsel | 0.30 | $550.00 | $165.00 |
| Service | 07/26/2021 | client communication | 0.70 | $550.00 | $385.00 |
| Service | 07/26/2021 | client prep | 1.00 | $550.00 | $550.00 |
| Service | 07/26/2021 | communication w opposing counsel | 0.20 | $550.00 | $110.00 |
| Service | 07/27/2021 | Pizarro deposition | 6.80 | $550.00 | $3,740.00 |
| Service | 07/27/2021 | client prep | 1.00 | $550.00 | $550.00 |
| Service | 07/27/2021 | discussion w client post deposition | 0.50 | $550.00 | $275.00 |
| Service | 07/28/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 07/29/2021 | drafting verification for interrogatories | 0.20 | $550.00 | $110.00 |
| Service | 07/29/2021 | reviewing Defendants' deficiency letter dated July 28, 2021 | 0.30 | $550.00 | $165.00 |
| Service | 07/29/2021 | reviewing Castro Safe Harbor letter | 0.30 | $550.00 | $165.00 |
| Service | 07/29/2021 | communication w opposing counsel | 0.20 | $550.00 | $110.00 |
| Service | 07/30/2021 | reviewing Defendants responses to Castro discovery demands | 0.90 | $550.00 | $495.00 |
| Service | 07/30/2021 | drafting Safe Harbor letter | 1.60 | $550.00 | $880.00 |
| Service | 07/30/2021 | drafting response to deficiency letter | 2.10 | $550.00 | $1,155.00 |
| Service | 07/30/2021 | drafting Plaintiff's portion of joint letter | 2.70 | $550.00 | $1,485.00 |
| Service | 07/31/2021 | reviewing 235 pages of financial records | 3.20 | $550.00 | $1,760.00 |
| Service | 08/03/2021 | reviewing court order | 0.20 | $550.00 | $110.00 |
| Service | 08/05/2021 | communication w opposing counsel | 0.20 | $550.00 | $110.00 |
| Service | 08/16/2021 | reviewing deposition w client | 0.70 | $550.00 | $385.00 |
| Service | 08/17/2021 | reviewing Defendants' motion to compel | 1.40 | $550.00 | $770.00 |
| Service | 08/17/2021 | opposition to Defendants' motion to compel | 0.90 | $550.00 | $495.00 |
| Service | 08/17/2021 | reviewing Castro réponse to Defendants' motion | 0.30 | $550.00 | $165.00 |
| Service | 08/17/2021 | reviewing court order | 0.20 | $550.00 | $110.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 08/18/2021 | communication w opposing counsel | 0.20 | $550.00 | $110.00 |
| Service | 08/18/2021 | drafting declaration | 0.70 | $550.00 | $385.00 |
| Service | 08/19/2021 | drafting opposition to motion to compel | 3.10 | $550.00 | $1,705.00 |
| Service | 08/20/2021 | continued client deposition | 4.00 | $550.00 | $2,200.00 |
| Service | 08/20/2021 | meeting w client before continued deposition | 0.50 | $550.00 | $275.00 |
| Service | 08/20/2021 | discussion w client after deposition | 0.40 | $550.00 | $220.00 |
| Service | 08/25/2021 | communication w opposing counsel | 0.20 | $550.00 | $110.00 |
| Service | 08/25/2021 | reviewing Defendants' reply memo | 0.50 | $550.00 | $275.00 |
| Service | 08/26/2021 | reviewing discovery w client | 0.90 | $550.00 | $495.00 |
| Service | 08/26/2021 | review Defendants discovery demands on Emotion | 0.60 | $550.00 | $330.00 |
| Service | 08/31/2021 | communication w opposing counsel | 0.20 | $550.00 | $110.00 |
| Service | 09/02/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 09/09/2021 | drafting letter to court | 0.20 | $550.00 | $110.00 |
| Service | 09/09/2021 | researching computer crimes | 5.00 | $550.00 | $2,750.00 |
| Service | 09/10/2021 | call w court | 0.50 | $550.00 | $275.00 |
| Service | 09/15/2021 | communication w opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 09/24/2021 | drafting motion to amend | 2.40 | $550.00 | $1,320.00 |
| Service | 10/08/2021 | reviewing motion to dismiss | 1.30 | $550.00 | $715.00 |
| Service | 10/25/2021 | reviewing opp to motion to amend | 0.90 | $550.00 | $495.00 |
| Service | 11/01/2021 | reviewing court order | 0.10 | $550.00 | $55.00 |
| Service | 11/05/2021 | communication w court | 0.20 | $550.00 | $110.00 |
| Service | 11/09/2021 | researching for opposition to motion to dismiss | 3.40 | $550.00 | $1,870.00 |
| Service | 11/11/2021 | drafting declaration for Maria | 0.90 | $550.00 | $495.00 |
| Service | 11/11/2021 | drafting opposition to motion to dismiss | 2.20 | $550.00 | $1,210.00 |
| Service | 11/16/2021 | reviewing court order | 0.10 | $550.00 | $55.00 |
| Service | 11/24/2021 | reviewing reply memo for motion to dismiss | 0.70 | $550.00 | $385.00 |
| Service | 02/16/2022 | reviewing court order | 0.90 | $550.00 | $495.00 |
| Service | 02/18/2022 | revising Amended Complaint | 1.10 | $550.00 | $605.00 |
| Service | 03/08/2022 | communication w opposing counsel | 0.20 | $550.00 | $110.00 |
| Service | 03/11/2022 | reviewing answer | 0.50 | $550.00 | $275.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 03/24/2022 | reviewing court order | 0.40 | $550.00 | $220.00 |
| Service | 03/25/2022 | drafting answer to counter claims | 0.60 | $550.00 | $330.00 |
| Service | 04/29/2022 | court call | 0.50 | $550.00 | $275.00 |
| Service | 05/20/2022 | Court Call | 0.50 | $550.00 | $275.00 |
| Service | 05/20/2022 | court prep | 0.20 | $550.00 | $110.00 |
| Service | 05/20/2022 | court update | 0.10 | $550.00 | $55.00 |
| Service | 05/23/2022 | call with co-counsel re: court order | 0.50 | $550.00 | $275.00 |
| Service | 05/23/2022 | call with client | 0.20 | $550.00 | $110.00 |
| Service | 05/23/2022 | review client emails | 0.30 | $550.00 | $165.00 |
| Service | 05/23/2022 | communication w client | 0.60 | $550.00 | $330.00 |
| Service | 05/24/2022 | phone call with client | 0.20 | $550.00 | $110.00 |
| Service | 05/24/2022 | call with co-counsel | 0.10 | $550.00 | $55.00 |
| Service | 05/24/2022 | RB compiled discovery | 1.00 | $550.00 | $550.00 |
| Service | 05/25/2022 | call with co-counsel | 0.30 | $550.00 | $165.00 |
| Service | 05/25/2022 | compiling evidence | 0.50 | $550.00 | $275.00 |
| Service | 05/25/2022 | supplemental discovery | 0.20 | $550.00 | $110.00 |
| Service | 05/25/2022 | supplemental disclosures | 1.20 | $550.00 | $660.00 |
| Service | 05/26/2022 | drafting declarations | 0.30 | $550.00 | $165.00 |
| Service | 06/03/2022 | reviewing Defendants' portion of draft joint letter | 0.60 | $550.00 | $330.00 |
| Service | 06/06/2022 | communication with client | 0.10 | $550.00 | $55.00 |
| Service | 06/06/2022 | communication with co-counsel | 0.20 | $550.00 | $110.00 |
| Service | 06/06/2022 | reviewing discovery letter from defendants | 0.40 | $550.00 | $220.00 |
| Service | 06/07/2022 | drafting portion of joint letter | 0.80 | $550.00 | $440.00 |
| Service | 06/07/2022 | drafting letter | 0.40 | $550.00 | $220.00 |
| Service | 06/08/2022 | drafting joint letter | 1.20 | $550.00 | $660.00 |
| Service | 06/09/2022 | reviewing Castro portion of draft joint letter | 0.40 | $550.00 | $220.00 |
| Service | 06/10/2022 | communication with opposing counsel | 0.10 | $550.00 | $55.00 |
| Service | 06/10/2022 | communication with co-counsel | 1.00 | $550.00 | $550.00 |
| Service | 06/10/2022 | drafting letter to court | 0.50 | $550.00 | $275.00 |
| Service | 06/10/2022 | reviewing and responding to revised portions of draft | 0.90 | $550.00 | $495.00 |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   |   | joint letter |   |   |   |
| Service | 06/11/2022 | communication with Jesse Rose | 0.20 | $550.00 | $110.00 |
| Service | 06/11/2022 | reviewing various versions of joint letter | 0.60 | $550.00 | $330.00 |
| Service | 06/13/2022 | drafting opposition | 0.50 | $550.00 | $275.00 |
| Service | 06/20/2022 | call with client | 0.20 | $550.00 | $110.00 |
| Service | 06/24/2022 | communication with client | 0.30 | $550.00 | $165.00 |
| Service | 07/25/2022 | reviewing court order | 0.20 | $550.00 | $110.00 |
| Service | 07/25/2022 | call with co-counsel | 0.50 | $550.00 | $275.00 |
| Service | 07/25/2022 | reviewing court order | 0.70 | $550.00 | $385.00 |
| Service | 07/26/2022 | call w client | 0.50 | $550.00 | $275.00 |
| Service | 07/29/2022 | call with co-counsel | 0.20 | $550.00 | $110.00 |
| Service | 08/01/2022 | call w co-counsel | 0.30 | $550.00 | $165.00 |
| Service | 02/13/2023 | communication w opposing counsel and Court | 0.20 | $550.00 | $110.00 |
| Service | 02/28/2023 | reviewing court order | 0.10 | $550.00 | $55.00 |
| Service | 03/07/2023 | reviewing court order | 0.10 | $550.00 | $55.00 |
| Service | 08/22/2023 | reviewing Quezada deposition transcript | 2.50 | $550.00 | $1,375.00 |
| Service | 08/22/2023 | reviewing Quezada Jr transcript | 2.20 | $550.00 | $1,210.00 |
| Service | 08/23/2023 | reviewing Castro transcript | 1.70 | $550.00 | $935.00 |
| Service | 08/24/2023 | reviewing discovery for JPTO | 3.80 | $550.00 | $2,090.00 |
| Service | 08/29/2023 | reviewing plaintiff's first deposition transcript | 3.10 | $550.00 | $1,705.00 |
| Service | 09/06/2023 | drafting JPTO | 4.20 | $550.00 | $2,310.00 |
| Service | 09/27/2023 | drafting and researching motion in liming to exclude third-party claims | 6.00 | $550.00 | $3,300.00 |
| Service | 09/28/2023 | researching and drafting motion in limine on stolen evidence preclusion | 2.80 | $550.00 | $1,540.00 |
| Service | 09/29/2023 | researching and drafting motion in limine about retaliation | 3.50 | $550.00 | $1,925.00 |
| Service | 09/30/2023 | researching and drafting motion in limine about Quezada Sr's conviction for lying and smuggling money | 6.20 | $550.00 | $3,410.00 |
| Service | 10/01/2023 | drafting opening | 8.00 | $550.00 | $4,400.00 |
| Service | 10/04/2023 | review plaintiff's 2nd transcript | 2.20 | $550.00 | $1,210.00 |
| Service | 10/04/2023 | annotating Answer | 0.60 | $550.00 | $330.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 10/05/2023 | communication w Court | 0.20 | $550.00 | $110.00 |
| Service | 10/05/2023 | revising proposed jury charge | 3.50 | $550.00 | $1,925.00 |
| Service | 10/07/2023 | drafting proposed voir dire | 1.70 | $550.00 | $935.00 |
| Service | 10/09/2023 | drafting opening | 5.30 | $550.00 | $2,915.00 |
| Service | 10/10/2023 | reviewing Euros jury charge | 0.40 | $550.00 | $220.00 |
| Service | 10/10/2023 | reviewing Euros pretrial memo | 0.60 | $550.00 | $330.00 |
| Service | 10/10/2023 | communication w opposing counsel | 0.30 | $550.00 | $165.00 |
| Service | 10/10/2023 | drafting direct | 2.80 | $550.00 | $1,540.00 |
| Service | 10/11/2023 | court conference | 1.00 | $550.00 | $550.00 |
| Service | 10/11/2023 | prepping with client | 3.00 | $550.00 | $1,650.00 |
| Service | 10/12/2023 | communication w opposing counsel | 0.20 | $550.00 | $110.00 |
| Service | 10/13/2023 | communication w Castro counsel | 0.30 | $550.00 | $165.00 |
| Service | 10/13/2023 | reviewing Defendants' exhibits | 0.40 | $550.00 | $220.00 |
| Service | 10/13/2023 | reviewing late discovery by Defendants | 0.30 | $550.00 | $165.00 |
| Service | 10/15/2023 | revising opening | 2.00 | $550.00 | $1,100.00 |
| Service | 10/16/2023 | call w court | 0.50 | $550.00 | $275.00 |
| Service | 10/16/2023 | drafting second set of motions in liming | 4.30 | $550.00 | $2,365.00 |
| Service | 10/16/2023 | drafting motion in limine based on court conference | 2.10 | $550.00 | $1,155.00 |
| Service | 10/16/2023 | practicing opening | 7.00 | $550.00 | $3,850.00 |
| Service | 10/16/2023 | prepping client | 1.50 | $550.00 | $825.00 |
| Service | 10/16/2023 | organizing trial binder | 5.40 | $550.00 | $2,970.00 |
| Service | 10/17/2023 | trial | 6.50 | $550.00 | $3,575.00 |
| Service | 10/17/2023 | pre-trial prep | 1.50 | $550.00 | $825.00 |
| Service | 10/17/2023 | drafting cross of Quezada Sr. | 4.50 | $550.00 | $2,475.00 |
| Service | 10/18/2023 | trial | 4.50 | $550.00 | $2,475.00 |
| Service | 10/18/2023 | drafting cross of Jr. | 2.80 | $550.00 | $1,540.00 |
| Service | 10/19/2023 | researching and prepping for jury charge conference | 5.00 | $550.00 | $2,750.00 |
| Service | 10/19/2023 | charging conference | 0.50 | $550.00 | $275.00 |
| Service | 10/20/2023 | reviewing Defendants' opp to Plaintiff's proposed jury instruction | 0.30 | $550.00 | $165.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 10/20/2023 | drafting missing witness request | 1.80 | $550.00 | $990.00 |
| Service | 10/20/2023 | drafting summation | 11.00 | $550.00 | $6,050.00 |
| Service | 10/21/2023 | request to charge | 1.00 | $550.00 | $550.00 |
| Service | 10/21/2023 | drafting summation | 8.40 | $550.00 | $4,620.00 |
| Service | 10/22/2023 | revising and practicing summation | 8.00 | $550.00 | $4,400.00 |
| Service | 10/23/2023 | trial | 5.50 | $550.00 | $3,025.00 |
| Service | 11/22/2023 | reviewing motion for judgment as matter of law | 1.30 | $550.00 | $715.00 |

**Services Subtotal**    $174,295.00

**Expenses**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 07/24/2020 | Filing fee federal complaint | 1.00 | $400.00 | $400.00 |
| Expense | 06/07/2021 | binding motion | 1.00 | $18.10 | $18.10 |
| Expense | 07/10/2021 | shipping | 1.00 | $26.95 | $26.95 |
| Expense | 09/23/2021 | transcripts | 1.00 | $2,896.95 | $2,896.95 |
| Expense | 10/10/2023 | Supplies: staples - pictures for trial binders for court | 1.00 | $18.63 | $18.63 |
| Expense | 11/27/2023 | Outside Services: esquire deposition solutions, October 16 2023 | 1.00 | $700.00 | $700.00 |
| Expense | 11/27/2023 | Outside Services: esquire deposition solutions, October 26 2023 | 1.00 | $525.00 | $525.00 |
| Expense | 11/27/2023 | Outside Services: esquire deposition solutions, October 31, 2023 | 1.00 | $525.00 | $525.00 |

**Expenses Subtotal**    $5,110.63

**Subtotal**    $179,405.63

**Total**    $179,405.63

## Detailed Statement of Account

**Current Invoice**

Invoice - 11/27/2023

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| | 11/27/2023 | $179,405.63 | $0.00 | $179,405.63 |
| | | | **Outstanding Balance** | **$179,405.63** |
| | | | **Total Amount Outstanding** | **$179,405.63** |

Payment is due upon receipt.