

# INVOICE

Date: 12/18/2023
Due Upon Receipt

## Brustein Law

299 Broadway, 17th Floor
New York, NY 10007
Phone: 2122333900
Email: evan@brusteinlaw.com
brusteinlaw.com

Santiago Quezada Sr.
c/o Law Offices of Martin E. Restituyo
1325 Avenue of the Americas, 28th Floor
New York, New York 10019

**Pizarro v Euros El Tina, et al 20-cv-5783 (AKH)**

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 11/24/2023 | reviewing defendants' motion and shepherding cases cited by Defendants | 3.60 | $550.00 | $1,980.00 |
| Service | 11/24/2023 | researching case law on motions for new trial | 2.50 | $550.00 | $1,375.00 |
| Service | 12/12/2023 | researching emotional distress damages | 4.60 | $550.00 | $2,530.00 |
| Service | 12/12/2023 | revising motion opposition | 2.10 | $550.00 | $1,155.00 |
| Service | 12/13/2023 | researching sufficiency of punitive damages and waiving arguments | 3.70 | $550.00 | $2,035.00 |
| Service | 12/13/2023 | revising opposition to motion | 1.20 | $550.00 | $660.00 |

|  | Subtotal | $9,735.00 |
|---|---|---|
|  | **Total** | **$9,735.00** |