UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

MARIA JOSE PIZARRO,

                        Plaintiff,

    -against-

EUROS EL TINA RESTAURANT LOUNGE and
BILLIARDS CORP. and SANTIAGO QUEZADA, Sr.,
                        Defendants.
------------------------------------------------------------------- x

**VERDICT SHEET**

20 Civ. 5783 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

1. As to Defendant Euros El Tina, did the Plaintiff Maria Jose Pizarro prove, by a preponderance of the evidence, that

   (a) She endured "severe or pervasive" conduct due to her gender, amounting to a hostile work environment?
   Yes __✓__ No_____

   (b) She was treated "less well" in the workplace due to her gender?
   Yes __✓__ No_____

2. As to Defendant Santiago Quezada Sr., did the Plaintiff Maria Jose Pizarro prove, by a preponderance of the evidence, that, as owner or her supervisor, he treated her "less well" in the workplace due to her gender?

   Yes __✓__ No_____

**PROCEED TO NEXT PAGE**

1

Court Ex #10
10/23/23

3. For the defendants for which you answered "Yes" in questions 1 and 2, did Plaintiff prove by a preponderance of the evidence that she suffered:

   (a) Compensatory damages?

      (i) Yes, in the amount of $ 1,725,000

         Divided among defendants:

         (a) Defendant Euros El Tina: Yes __✓__ No _____

              (1) If Yes, for how much should that defendant be responsible? $ 725,000

         (b) Defendant Santiago Quezada Sr.: Yes __✓__ No _____

              (1) If Yes, for how much should that defendant be responsible? $ 1,000,000

      (ii) No compensatory damages _____

   **OR**

   (b) If there were no compensatory damages, is Plaintiff entitled to nominal damages?

      (i) Yes _____

      (ii) No _____

**PROCEED TO NEXT PAGE**

4. For the defendants for which you answered "Yes" in questions 1 and 2, that is, that Plainitff is entitled to compensatory or nominal damages against that defendant, did Plaintiff prove by a preponderance of the evidence that she also should be awarded punitive damages?:

   (i) Yes, in the amount of $ 1,000,000

   Divided among defendants:

   (a) Defendant Euros El Tina: Yes ✓ No _____

   If Yes, for how much should that defendant be responsible? $ 375,000

   (b) Defendant Santiago Quezada Sr.: Yes ✓ No _____

   If Yes, for how much should that defendant be responsible? $ 625,000

   (ii) No _____

You have reached a verdict. The jury foreperson should sign and date this form and advise the court security person only that a verdict has been reached. Do not tell them the verdict or give them the verdict sheet. You will be called into court to read the verdict and produce the verdict sheet.

__Redacted__
Signature of foreperson

__10/23/23__
Date