# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

MARIA JOSE PIZARRO

(List the full name(s) of the plaintiff(s)/petitioner(s).)

20 CV 05783 (AKH)( )

-against-

**NOTICE OF APPEAL**

EUROS EL TINA RESTAURANT LOUNGE and

BILLIARDS CORP., and SANTIAGO QUEZADA

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: EUROS EL TINA RESTAURANT LOUNGE and BILLIARDS CORP., and SANTIAGO QUEZADA

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☒ judgment ☐ order entered on: FEBRUARY 23, 2024

(date that judgment or order was entered on docket)

that:

_____

(If the appeal is from an order, provide a brief description above of the decision in the order.)

MARCH 13, 2024
Dated

Signature

RESTITUYO, MARTIN
Name (Last, First, MI)

1325 AVE OF THE AMERICAS    NEW YORK    NEW YORK    10019
Address                      City         State       Zip Code

212-729-7900                 restituyo@restituyolaw.com
Telephone Number             E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13