UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x
MARIA JOSE PIZARRO,

                      Plaintiff,

    -against-

EUROS EL TINA RESTAURANT LOUNGE
AND BILLIARDS CORP. and SANTIAGO
QUEZADA,

                      Defendants.
--------------------------------------------------------------- x

**ORDER REOPENING CASE**

20 Civ. 5783 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Defendants requests the case be reopened to permit them to pursue their counterclaims. An initial examination of the claims suggests that the pleadings are legally insufficient. For example, wire fraud under 18 U.S.C. § 1343, money laundering under 18 U.S.C. § 1956, illicit monetary transactions under 18 U.S.C. § 1957, and transporting illicit goods under 18 U.S.C. § 2314 do not give rise to implied rights of action. *See Cort v. Ash*, 422 U.S. 66, 79 (1975); *Robinson v. Overseas Military Sales Corp.*, 21 F.3d 502, 511 (2d Cir. 1994). The plausibility of the civil RICO injury is questionable considering the lack of specific details regarding Defendants' accounts.

       Plaintiff shall make any motion to dismiss by April 17, 2024. The Clerk shall mark the case as open.

       SO ORDERED.

Dated:    March 21, 2024
             New York, New York

                                      ALVIN K. HELLERSTEIN
                                      United States District Judge