ABSTRACT OF JUDGMENT

Re: Pizarro v. Euros El Tina Restaurant Lounge and Billiards Corp., et al.

Case Number: No. 20 Civ. 5783 (AKH)

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| **Santiago Quezada**<br>258 Rumsey Road<br>Yonkers, New York 10705<br><br>**Euros El Tina Restaurant Lounge and Billiards Corp.**<br>500 W. 207th Street<br>New York, New York 10034 | Maria Jose Pizarro<br><br>c/o Evan Brustein<br>Brustein Law PLLC<br>299 Broadway, 17th Floor<br>New York, NY 10007 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $1,625,000 as against **Santiago Quezada** | Evan Brustein<br>Brustein Law PLLC<br>299 Broadway, 17th Floor<br>New York, NY 10007 | February 23, 2024 |
| $1,100,000 as against **Euros El Tina Restaurant Lounge and Billiards Corp.** | Evan Brustein<br>Brustein Law PLLC<br>299 Broadway, 17th Floor<br>New York, NY 10007 | February 23, 2024 |

UNITED STATES OF AMERICA,
CLERK'S OFFICE U.S. DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

I CERTIFY that the foregoing is a correct Abstract of the Judgment

RUBY J. KRAJICK, Clerk of Court

By, Deputy Clerk