**LAW OFFICES OF MARTIN E. RESTITUYO, P.C.**
1325 Avenue of the Americas, 28th Floor, New York, New York 10019

Martin E. Restituyo
Tel: 212-729-7900
Fax: 212-729-7490
restituyo@restituyolaw.com

April 26, 2024

*Via ECF*

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14D
New York, New York 10007-1312

Re:  *Pizarro v. Euros El Tina Restaurant Lounge and Billiards, et al.*,
Case No. 20 Civ. 5783 (AKH)

Dear Judge Hellerstein,

I am counsel for Defendants/Counterclaim/Crossclaim Plaintiffs Euros El Tina Restaurant and Billiards Corp. and Santiago Quezada (hereinafter "Defendants"). Defendants write, with consent of all parties, to request that a briefing schedule be set for the pending motions for summary judgment.

As the Court is aware, on March 21, 2024, the Court issued an Order Reopening Case inviting Plaintiff to submit a motion to dismiss by April 17, 2024. *See* ECF Doc. No. 200. Thereafter Plaintiff and Third-Party Defendant Castro submitted motions for summary judgment. ECF Doc. Nos. 204-10. To avoid any confusion as to the return date of these motions, the parties submit the following proposed schedule:

- Defendants' Opposition to the motions for summary judgment shall be due on or before May 17, 2024.
- Replies shall be due on or before May 24, 2024.

We ask for approval by the Court so that we may plan accordingly.

We thank you for your attention to this matter. Should you have any questions or concerns please do not hesitate to contact us.

Very truly yours,

Martin E. Restituyo

cc:   All Parties (Via ECF)