UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x

MARIA JOSE PIZARRO,

                         Plaintiff,

     -against-

EUROS EL TINA RESTAURANT LOUNGE and
BILLIARDS CORP., SANTIAGO QUEZADA,
And SANTIAGO QUEZADA, Jr.,

                        Defendants.
     -and-

JOSE E. CASTRO, ELADIO CASTRO
PRODUCTIONS, INC., EMITON FERNANDEZ
a.k.a. EMILIO FERNANDEZ, NARCISO
GOMEZ, ZOILIMAR MEJIA a.k.a ZULIMAR
MEJIA, and TOMAS ANDRES PIZARRO
ZEPEDA,

                    Third Party Defendants.

--------------------------------------------------------------- x

**AMENDED ORDER DENYING MOTION FOR STAY**

20 Civ. 5783 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The question is whether an automatic bankruptcy stay applies to an action brought by the debtor. It does not. *See* 11 U.S.C. § 362(a) (a stay is automatically imposed in actions "against the debtor"); *Vasile v. Dean Witter Reynolds Inc.*, 20 F. Supp. 2d 465, 499 (E.D.N.Y. 1998) ("[m]ultiple claim[s] must be disaggregated so that . . . counterclaims . . . are treated independently when determining which of their respective proceedings are subject to the bankruptcy stay") (internal citations omitted). Accordingly, the motions for summary judgment dismissing Quezada's (the debtor's) counterclaims are not stayed.

        Quezada argues that he has no money to prosecute his case, but that is a matter for the bankruptcy trustee to decide, along with whether the counterclaims are worth pursuing or

1

should be dropped, and whether to leave prosecution in Quezada's hands or to turn it into a bankruptcy adverse proceeding. Quezada's time to file opposition papers in response to the pending motions for summary judgment is enlarged to June 28, 2024 to give Quezada and his trustee time to consider whether or not to continue his counterclaims. As for Euros El Tina, it has not filed for bankruptcy. Its time to file opposition papers is similarly enlarged. Failure to file will result in a dismissal of its counterclaims.

SO ORDERED.

Dated: May 20, 2024
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge