# CHASE 🄯

*[Handwritten notes:]* Safety Box $87 — Cash out July 26 Thursday 50,000

*[Handwritten on right:]* From Safety Box to home

July 28, 2017 through August 24, 2017

Primary Account: [redacted]

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---:|
| 07/28 | ATM Cash Deposit | 07/28 4028 College Point Blvd Flushing NY Card 1617 | $200.00 |
| 07/28 | ATM Cash Deposit | 07/28 4028 College Point Blvd Flushing NY Card 1617 | 200.00 |
| 08/01 | ATM Cash Deposit | 08/01 7701 31St Ave East Elmhurst NY Card 1617 | 5,000.00 |
| 08/01 | ATM Cash Deposit | 08/01 7701 31St Ave East Elmhurst NY Card 1617 | 4,000.00 |
| 08/02 | Transfer From Chk Xxxxxx6609 | | 1,850.00 |
| 08/07 | ATM Cash Deposit | 08/07 4028 College Point Blvd Flushing NY Card 1617 | 5,000.00 |
| 08/07 | ATM Cash Deposit | 08/07 4028 College Point Blvd Flushing NY Card 1617 | 3,200.00 |
| 08/14 | ATM Cash Deposit | 08/14 4028 College Point Blvd Flushing NY Card 1617 | 5,000.00 |
| 08/14 | ATM Cash Deposit | 08/14 4028 College Point Blvd Flushing NY Card 1617 | 4,000.00 |
| 08/14 | ATM Cash Deposit | 08/14 4028 College Point Blvd Flushing NY Card 1617 | 3,300.00 |
| 08/14 | ATM Cash Deposit | 08/14 4028 College Point Blvd Flushing NY Card 1617 | 350.00 |
| 08/21 | ATM Cash Deposit | 08/21 3794 103Rd St Corona NY Card 1617 | 5,000.00 |
| 08/21 | ATM Cash Deposit | 08/19 3794 103Rd St Corona NY Card 1617 | 1,800.00 |
| 08/21 | ATM Cash Deposit | 08/21 3794 103Rd St Corona NY Card 1617 | 1,650.00 |
| 08/21 | ATM Cash Deposit | 08/21 3794 103Rd St Corona NY Card 1617 | 1,300.00 |
| 08/21 | ATM Cash Deposit | 08/19 3794 103Rd St Corona NY Card 1617 | 240.00 |
| **Total Deposits and Additions** | | | **$42,090.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---:|
| 234 ^ | | 08/02 | $77.14 |
| 235 ^ | | 08/03 | 829.38 |
| 236 ^ | | 08/01 | 2,000.00 |
| 237 ^ | | 08/09 | 800.00 |
| 238 ^ | | 08/15 | 3,720.00 |
| **Total Checks Paid** | | | **$7,426.52** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---:|
| 07/28 | Card Purchase | 07/28 Dtv*Directv Service 800-347-3288 CA Card 1617 | $120.00 |
| 08/01 | Card Purchase | 07/31 Nycdot Parking Meters Long Is City NY Card 1617 | 7.00 |
| 08/01 | Card Purchase | 07/31 Nycdot Parking Meters Long Is City NY Card 1617 | 7.00 |
| 08/01 | Card Purchase | 07/31 Nycdot Parking Meters Long Is City NY Card 1617 | 7.00 |
| 08/01 | Card Purchase With Pin | 08/01 Big Wong Liquor & Wine E. Elmhurst NY Card 1617 | 60.94 |
| 08/02 | Card Purchase | 08/01 Nixon 780-944-0900 CA Card 1617 | 122.48 |
| 08/02 | Card Purchase | 07/31 Vida Vacations USD Ts Pto Vallarta Card 1617 | 459.00 |
| 08/02 | Card Purchase | 08/01 Dof Parkingandcamera Ti New York NY Card 1617 | 125.00 |
| 08/02 | Card Purchase | 08/01 Nycfinanceconveniencefe New York NY Card 1617 | 3.11 |
| 08/02 | Recurring Card Purchase | 08/02 Amazonprime Membersh Amzn.Com/Prme WA Card 1617 | 11.97 |
| 08/03 | Card Purchase | 08/03 Parking Ticket Fee 888-794-7611 NY Card 1617 | 5.00 |
| 08/04 | Card Purchase | 08/03 Nordstrom Rack #0512 Flushing NY Card 1617 | 164.60 |
| 08/07 | Card Purchase | 08/06 Shein.Com London Card 1617 | 92.89 |

*CONFIDENTIAL - ATTORNEYS' EYES ONLY*

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/23 | Card Purchase    10/22 Soft Surroundings 314-812-5200 MO Card 1617 | 89.88 |
| 10/23 | Card Purchase With Pin  10/23 Rite Aid Store - 105 Jackson Heigh NY Card 1617 | 90.23 |
| 10/23 | Card Purchase With Pin  10/23 Michaels Stores Inc571 Woodside NY Card 1617 | 209.62 |
| 10/24 | Card Purchase    10/23 Zap*Zappos.Com 800-927-7671 NV Card 1617 | 575.93 |
| 10/24 | Card Purchase    10/24 Zap*Zappos.Com 800-927-7671 NV Card 1617 | 152.41 |
| 10/24 | ATM Withdrawal    10/24 3715 82ND St Jackson Heigh NY Card 1617 | 500.00 |
| 10/24 | Card Purchase With Pin  10/24 Gap Outlet US 4247 Queens NY Card 1617 | 117.29 |
| 10/24 | Recurring Card Purchase 10/24 Aol* Service 800-827-6364 VA Card 1617 | 15.99 |
| **Total ATM & Debit Card Withdrawals** | | **$5,150.95** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/03 | 10/03 International Wire Debit Via: Citibank N.A./0008 A/C: Ecobank Ghana Accra, Ghana Ben: Amamata Nuhu Ref: Pymt Reason:Family Expenses/Cct/J8Bsy1F300N5 Ssn: 0234624 Trn: 4556700276Es | $7,015.00 |
| 10/03 | 10/03 Online Payment 6565306964 To Verizon Wireless | 90.00 |
| 10/10 | 10/10 International Wire Debit Via: Citibank N.A./0008 A/C: Ecobank Ghana Accra, Ghana Ben: Amamata Nuhu Ref: Pymt Reason:Family Expenses/Cct/J8Ltdi8V00 Ssn: 0672579 Trn: 5977400283Es | 9,715.00 |
| 10/10 | 10/10 Payment To Chase Card Ending IN 8876 | 300.00 |
| 10/12 | Xoom.Com   Debit T   000000055200653 Web ID: 2943401054 | 74.99 |
| 10/13 | 10/13 Online Domestic Wire Transfer Via: Fifth Third Cinci/042000314 A/C: Aba/042207735 Chillicothe OH Ben: Kimberly D Blizzard Dunbar WV 25064 US Ref: From Christian Darren/Bnf/Christian Darren/Time/14:11 Imad: 1013B1Qgc02C006316 Trn: 5019700286Es | 1,000.00 |
| 10/13 | Xoom.Com   Debit T   000000055247233 Web ID: 2943401054 | 74.99 |
| 10/16 | 10/14 Online Payment 6592645452 To Consolidated Edison | 200.00 |
| 10/16 | 10/14 Online Payment 6592647000 To Consolidated Edison | 50.00 |
| 10/16 | 10/16 International Wire Debit A/C: National Investment Bank-Ghana Accra Ghana Ref:/Cct/J8Une7Lf00Kn Pymt Reason:Family Expenses Trn: 5975600289Es | 8,015.00 |
| 10/17 | 10/17 Payment To Chase Card Ending IN 8876 | 150.00 |
| 10/19 | Xoom.Com   Debit T   000000055506331 Web ID: 2943401054 | 174.99 |
| 10/23 | 10/22 Payment To Chase Card Ending IN 8876 | 250.00 |
| 10/23 | 10/23 International Wire Debit Via: Citibank N.A./0008 A/C: Ecobank Ghana Accra, Ghana Ben: Fauziya Yussif Ref: Pymt Reason:Family Expenses/Cct/J94Hhe6B00Pv Ssn: 0440428 Trn: 5045500296Es | 5,015.00 |
| 10/23 | 10/23 Payment To Chase Card Ending IN 8876 | 200.00 |
| 10/24 | 10/24 Online Domestic Wire Transfer Via: Fifth Third Cinci/042000314 A/C: Aba/042207735 Chillicothe OH Ben: Kimberly D Blizzard Dunbar WV 25064 US Ref: From Christian Darren/Bnf/Christian Darren/Time/11:15 Imad: 1024B1Qgc03C002722 Trn: 3979800297Es | 1,500.00 |
| 10/26 | 10/26 Online Domestic Wire Transfer Via: Fifth Third Cinci/042000314 A/C: Aba/042207735 Chillicothe OH Ben: Kimberly D Blizzard Dunbar WV 25064 US Ref: From Christian Darren/Bnf/Christian Darren/Time/06:00 Imad: 1026B1Qgc06C001291 Trn: 3462500299Es | 3,000.00 |
| 10/26 | Xoom.Com   Debit T   000000055773412 Web ID: 2943401054 | 184.99 |
| **Total Electronic Withdrawals** | | **$37,009.96** |

[handwritten annotations: "cash out Safety Box", "Cash out Safety Box"]

CONFIDENTIAL - ATTORNEY'S EYES ONLY

# CHASE CHECKING

MARIA J PIZARRO

Account Number:

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $473.10 |
| Deposits and Additions | 52,770.20 |
| Checks Paid | -5,563.47 |
| ATM & Debit Card Withdrawals | -4,141.49 |
| Electronic Withdrawals | -41,910.93 |
| Fees | -410.00 |
| Ending Balance | $1,217.41 |

*CONFIDENTIAL - ATTORNEYS' EYES ONLY*

*cash out fifty [illegible]*

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/28 | ATM Cash Deposit | 08/28 7701 31St Ave East Elmhurst NY Card 1617 | $4,900.00 |
| 08/28 | ATM Cash Deposit | 08/28 7701 31St Ave East Elmhurst NY Card 1617 | 2,500.00 |
| 08/28 | ATM Cash Deposit | 08/28 7701 31St Ave East Elmhurst NY Card 1617 | 1,100.00 |
| 08/29 | ATM Cash Deposit | 08/29 7701 31St Ave East Elmhurst NY Card 1617 | 800.00 |
| 09/01 | ATM Cash Deposit | 09/01 3715 82ND St Jackson Heigh NY Card 1617 | 240.00 |
| 09/05 | ATM Cash Deposit | 09/05 7701 31St Ave East Elmhurst NY Card 1617 | 5,000.00 |
| 09/05 | ATM Cash Deposit | 09/05 7701 31St Ave East Elmhurst NY Card 1617 | 1,500.00 |
| 09/05 | ATM Cash Deposit | 09/02 3794 103Rd St Corona NY Card 1617 | 1,300.00 |
| 09/06 | ATM Cash Deposit | 09/06 4028 College Point Blvd Flushing NY Card 1617 | 500.00 |
| 09/06 | Boletos Express ACH Pmt | PPD ID: 9200502235 | 1,330.50 |
| 09/07 | ATM Cash Deposit | 09/07 4028 College Point Blvd Flushing NY Card 1617 | 2,000.00 |
| 09/07 | Deposit 921487838 | | 2,000.00 |
| 09/07 | Tickeri LLC PERS Disb | PPD ID: 3274664776 | 840.00 |
| 09/11 | ATM Cash Deposit | 09/11 3715 82ND St Jackson Heigh NY Card 1617 | 5,000.00 |
| 09/11 | ATM Cash Deposit | 09/11 3715 82ND St Jackson Heigh NY Card 1617 | 2,000.00 |
| 09/14 | ATM Cash Deposit | 09/14 3715 82ND St Jackson Heigh NY Card 1617 | 900.00 |
| 09/15 | Card Purchase Return | 09/14 Fairyseason.Com Clothing Card 1617 | 9.70 |
| 09/18 | ATM Cash Deposit | 09/18 7701 31St Ave East Elmhurst NY Card 1617 | 5,000.00 |
| 09/18 | ATM Cash Deposit | 09/18 7701 31St Ave East Elmhurst NY Card 1617 | 4,200.00 |
| 09/19 | ATM Cash Deposit | 09/19 3715 82ND St Jackson Heigh NY Card 1617 | 1,200.00 |
| 09/19 | Online Transfer From Sav ...8017 Transaction#: 6528406284 | | 100.00 |
| 09/25 | ATM Cash Deposit | 09/25 3715 82ND St Jackson Heigh NY Card 1617 | 5,000.00 |
| 09/25 | ATM Cash Deposit | 09/25 3715 82ND St Jackson Heigh NY Card 1617 | 2,900.00 |
| 09/25 | ATM Cash Deposit | 09/23 3794 103Rd St Corona NY Card 1617 | 2,200.00 |
| 09/25 | ATM Cash Deposit | 09/25 3715 82ND St Jackson Heigh NY Card 1617 | 250.00 |
| **Total Deposits and Additions** | | | **$52,770.20** |

# CHASE

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

November 28, 2017 through December 27, 2017

Primary Account: [REDACTED]

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00201722 DRE 802 210 36217 NNNNNNNNNNN 1 000000000 36 0000

MARIA J PIZARRO
11187 41ST AVE
CORONA NY 11368-2621

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Checking | [REDACTED] | $1,629.65 | $389.30 |
| Chase Savings | | 137.83 | 32.83 |
| Total | | $1,767.48 | $422.13 |

| TOTAL ASSETS | | $1,767.48 | $422.13 |
|---|---|---|---|

All Summary Balances shown are as of December 27, 2017 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

## CHASE CHECKING

MARIA J PIZARRO                                                Account Number: [REDACTED]

### CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $1,629.65 |
| Deposits and Additions | 11,130.00 |
| Checks Paid | -8,100.50 |
| ATM & Debit Card Withdrawals | -2,602.90 |
| Electronic Withdrawals | -1,666.95 |
| Ending Balance | $389.30 |

Page 1 of 4

P087

**CHASE**

April 27, 2017 through May 24, 2017
Primary Account: [redacted]

*Handwritten note: Deposits From Safety Box 15??? Located at 37-15 82 st J.H 11372 Branch*

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/02 | ATM Cash Deposit | 05/02 3715 82ND St Jackson Heigh NY Card 1617 | $3,400.00 |
| 05/08 | Deposit   853475410 | | 10,160.00 |
| 05/15 | ATM Cash Deposit | 05/15 3715 82ND St Jackson Heigh NY Card 1617 | 1,600.00 |
| 05/16 | ATM Cash Deposit | 05/16 3715 82ND St Jackson Heigh NY Card 1617 | 3,000.00 |
| 05/16 | Deposit   853475388 | | 6,700.00 |
| 05/18 | Deposit   853475389 | | 1,800.00 |
| 05/22 | ATM Cash Deposit | 05/22 7701 31St Ave East Elmhurst NY Card 1617 | 5,000.00 |
| 05/22 | Deposit   853475390 | | 4,200.00 |
| 05/23 | Deposit   853475393 | | 400.00 |
| 05/24 | Deposit   870826367 | | 1,030.00 |
| **Total Deposits and Additions** | | | **$37,290.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 229 ^ | | 05/04 | $400.00 |
| 281 * ^ | | 05/02 | 2,000.00 |
| **Total Checks Paid** | | | **$2,400.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

*Watermark: CONFIDENTIAL - ATTORNEYS' EYES ONLY*

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/01 | Card Purchase | 04/29 Spokeo 8006994264 800-699-4264 CA Card 1617 | $0.95 |
| 05/02 | Recurring Card Purchase | 05/02 Amzonprime Membersh Amzn.Com/Prime WA Card 1617 | 11.97 |
| 05/04 | Card Purchase | 05/03 Skype.Com London Card 1617 | 63.99 |
| 05/05 | Card Purchase | 05/04 Nycdot Parking Meters Long Is City NY Card 1617 | 7.00 |
| 05/05 | Recurring Card Purchase | 05/03 Vida Vacations CR Zapopan Jal Card 1617 | 459.00 |
| 05/08 | Recurring Card Purchase | 05/07 Spokeo *8006994264 800-699-4264 CA Card 1617 | 19.95 |
| 05/16 | Card Purchase | 05/16 Dtv*Directv Service 800-347-3288 CA Card 1617 | 145.00 |
| 05/17 | Card Purchase | 05/16 Metropcs Web 888-863-8768 WA Card 1617 | 115.00 |
| 05/18 | Card Purchase | 05/17 Nycdot Parking Meters Long Is City NY Card 1617 | 2.00 |
| 05/18 | Card Purchase With Pin | 05/18 N Brand 26/3749 82ND Jackson Heigh NY Card 1617 | 40.00 |
| 05/18 | Card Purchase With Pin | 05/18 C Town Supermarket Corona NY Card 1617 | 43.47 |
| 05/18 | Non-Chase ATM Withdraw | 05/18 112-44 Roosevelt Avenue, Corona, NY Card 1617 | 81.95 |
| 05/19 | Card Purchase | 05/18 Nycdot Parking Meters Long Is City NY Card 1617 | 2.00 |
| 05/19 | ATM Withdrawal | 05/19 7701 31St Ave East Elmhurst NY Card 1617 | 1,000.00 |
| 05/19 | ATM Withdrawal | 05/19 7701 31St Ave East Elmhurst NY Card 1617 | 880.00 |
| 05/24 | Card Purchase | 05/23 Nycdot Parking Meters Long Is City NY Card 1617 | 2.00 |
| 05/24 | ATM Withdrawal | 05/24 3794 103Rd St Corona NY Card 1617 | 520.00 |
| **Total ATM & Debit Card Withdrawals** | | | **$3,394.28** |

Page 2 of 4

P088