## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
MARIA JOSE PIZARRO,

                Plaintiff,                20 **CIVIL** 5783 (AKH)

     -against-                             **JUDGMENT**

EUROS EL TINA RESTAURANT LOUNGE
AND BILLIARDS CORP., SANTIAGO
QUEZADA, and SANTIAGO QUEZADA, Jr.,

                Defendants,
     -and-
JOSEE. CASTRO, ELADIO CASTRO
PRODUCTIONS, INC., EMITON FERNANDEZ
a.k.a. EMILIO FERNANDEZ, NARCISO
GOMEZ, ZOILIMAR MEJIA a.k.a ZULIMAR
MEJIA, and TOMAS ANDRES PIZARRO
ZEPEDA,

                Third Party Defendants.
-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 29, 2024, Pizarro and Castro's motions for summary judgment and Rule 11 sanctions are granted. In the absence of merit against the two moving defendants, this holding is applicable as well to the remaining defendants who have been served but have not retained counsel. Judgment is entered in favor of the third-party defendants and Plaintiff Pizano as to the counterclaims and third-party claims. But for the regulation of fees; accordingly, the case is closed.

**Dated:**  New York, New York
         August 30, 2024

                                                         **DANIEL ORTIZ**
                                              **Acting Clerk of Court**

                                      BY:

                                                 **Deputy Clerk**

BY: _____
**Deputy Clerk**