# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

MARIA JOSE PIZARRO

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

EUROS EL TINA RESTAURANT LOUNGE and

BILLIARDS CORP., and SANTIAGO QUEZADA

(List the full name(s) of the defendant(s)/respondent(s).)

20 CV 05783 ( AKH )( )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: SANTIAGO QUEZADA

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the ☒ judgment ☐ order entered on: AUGUST 30, 2024

(date that judgment or order was entered on docket)

that:

(If the appeal is from an order, provide a brief description above of the decision in the order.)

SEPTEMBER 9, 2024
Dated

Signature

RESTITUYO, MARTIN E
Name (Last, First, MI)

| 1325 6th AVENUE | NEW YORK | NEW YORK | 10019 |
|---|---|---|---|
| Address | City | State | Zip Code |

212 729 7900
Telephone Number

restituyo@restituyolaw.com
E-mail Address (if available)

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13