IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA JOSE PIZARRO

                      Plaintiff,

-against-

EUROS EL TINA RESTAURANT LOUNGE and
BILLIARDS CORP., and SANTIAGO QUEZADA

                      Defendants.

No. 1:20-cv-05783-AKH

**AMENDED NOTICE OF APPEAL**

Notice is hereby given, Pursuant to Fed. R. App. P. 4(a) that the defendants Euros El Tina Restaurant Lounge and Billiards Corp. and Santiago Quezada appeal to the United States Court of Appeals for the Second Circuit from the annexed Judgment on the Jury Verdict entered on February 23, 2024, and Order entered on February 27, 2024 denying defendants' post trial motions and granting plaintiff's fees motion.

Dated: New York, New York
       September 27, 2024

                                      Martin E. Restituyo, Esq.
                                      The Law Offices of Martin E Restituyo
                                      1325 Avenue of the Americas, 28th Floor
                                      New York, New York 10019
                                      restituyo@restituyolaw.com
                                      Tel. 212 729 7900