UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARIA JOSE PIZARRO,

                    Plaintiff,                             20 CIVIL 5783 (AKH)

        -against-                           **JUDGMENT**

EUROS EL TINA RESTAURANT LOUNGE and
BILLIARDS CORP. and SANTIAGO QUEZADA,
                    Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Alvin K. Hellerstein, United States District Judge, Plaintiff Maria Jose Pizarro has judgment in compensatory damages in the amount of $1,000,000.00 against Defendant Santiago Quezada and $725,000 against Euros El Tina Restaurant Lounge and Billiards Corp. Plaintiff has judgment in punitive damages in the amount of $625,000.00 against Defendant Santiago Quezada and $375,000.00 against Euros El Tina Restaurant Lounge and Billiards Corp.

**DATED:** New York, New York
             October 25, 2023

                                                                              **RUBY J. KRAJICK**
                                                                                Clerk of Court

So Ordered:

_____      BY:  _____
   U.S.D.J.   2-22-24                                                           Deputy Clerk