THE LAW OFFICES OF MARTIN E. RESTITUYO, P.C.
1325 Avenue of the Americas, 28th Floor, New York, New York 10019

Martin E. Restituyo
Tel: 212-729-7900
Fax: 212-729-7490
restituyo@restituyolaw.com

June 23, 2025

**VIA FAX**

Hon. Alvin K. Hellerstein
United States Magistrate Judge
United States District Court,
Southern District of New York
500 Pearl Street, Courtroom 14D
New York, New York 10007

SO ORDERED.
6.23.25 /s/ Alvin K. Hellerstein

      **Re:**    *Pizarro v. Euros El Tina Restaurant Lounge and Billiards Corp., et al.;*
              Case No. 20 Civ. 5783 (AKH)

Dear Judge, Hellerstein:

     This firm represents the defendants Euros El Tina Restaurant Lounge and Billiards Corp. and Santiago Quezada (collectively, the "Defendants") in the above referenced action. Pursuant to Your Honor's Individual Rules of Practice Rule 1D., we write to respectfully write to request an adjournment of the deadline to submit Defendants' opposition to Plaintiff's Motion to Appoint a Receiver (SDNYECF No. 238) to July 18, 2025, with Plaintiff's reply due seven (7) days thereafter, on July 25, 2025.

     No prior request for this relief has been made. We conferred with Plaintiff's counsel regarding this request, and they consent to the proposed extension.

     We thank the Court for its time and consideration.

Respectfully,

_____
Martin E Restituyo, Esq.

Cc. all parties via ECF, and to the Court Via FAX