UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA JOSE PIZARRO<br>　　　　　　　Plaintiff/Counterclaim<br>　　　　　　　Defendant<br>v.<br>EUROS EL TINA RESTAURANT LOUNGE<br>AND BILLIARDS CORP., SANTIAGO<br>QUEZADA, SANTIAGO QUEZADA JR.<br>　　　　　　　Defendants/Counterclaim<br>　　　　　　　Plaintiffs/Third-Party<br>　　　　　　　Plaintiffs<br>v.<br>EMITON FERNANDEZ, NARCISO GOMEZ,<br>JOSE E. CASTRO, TOMAS ANDRES<br>PIZARRO ZEPEDA, ELADIO CASTRO<br>PRODUCTIONS INC., ZOILIMAR MEJIA,<br>　　　　　　　Third-Party Defendants | 1:20-cv-05783-AKH<br><br>**REPLY DECLARATION OF JEFFREY CHUBAK IN FURTHER SUPPORT OF MOTION TO APPOINT RECEIVER** |

I, Jeffrey Chubak, hereby declare:

1.　I am a member of Amini LLC, counsel for the above-named plaintiff-judgment creditor, Maria Jose Pizarro, and submit this declaration in support of her CPLR 5228 motion to appoint a receiver and for related relief.

2.　Annexed hereto as <u>Exhibit 8</u> is a true and correct copy of Mr. Quezada's counsel's response/answers to our information subpoena questionnaire.

I hereby declare under the penalty of perjury that the foregoing is true and correct. Executed on July 21, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey Chubak