IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA JOSE PIZARRO

                        Plaintiff,

-against-

EUROS EL TINA RESTAURANT LOUNGE and BILLIARDS CORP., AND SANTIAGO QUEZADA.

                        Defendants.

No. 1:20-cv-05783-AKH

**RESPONSES TO SUBPOENA QUESTIONNAIRE**

       The Law Offices of Martin E Restituyo, P. C. (the "Firm") hereby responds to the Information Subpoena with Restraining Notice dated June 10, 2025. These answers are made based on the Firms' current knowledge and records, and are provided under penalty of perjury in accordance with CPLR 5224 and applicable law.

## QUESTION 1

       As to each payment made to your law firm in connection with its representation of Santiago Quezada and/or Euros El Tina Restaurant Lounge and Billiards Corp., identify the payment date, the payment amount, the name of the bank or other financial institution from which payment was made, the full title and account number of the account from which payment was made, and the payment method (ACH, check, wire, etc.).

## ANSWER:

- The requested information regarding payments made to the Law Offices of Martin E. Restituyo, P.C. in connection with its representation of Santiago Quezada and/or Euros El Tina Restaurant Lounge and Billiards Corp. is provided in the attached document labeled **"Exhibit A – Payment Records."**

## QUESTION 2

State the full name, mailing address, telephone number, and email address for each of your law firm's client contacts for Santiago Quezada and/or Euros El Tina Restaurant Lounge and Billiards Corp.

## ANSWER:

- Santiago Quezada
  Address: 258 Rumsey Road, Yonkers, NY 10705

1

      Phone: 914-462-8873
      Email: none

- Euros El Tina Restaurant Lounge and Billiards Corp.
  Contact Person: Santiago Quezada
  Address: 258 Rumsey Road, Yonkers, NY 10705
  Phone: 914-462-8873
  Email: none

## RESPONSE TO QUESTION 3

State the dollar amount of any advance payment or other retainer that has been frozen by the accompanying restraining notice.

Answer:

- No advance payment or other retainer has been frozen by the accompanying restraining notice.

## AFFIRMATION

I affirm this 17th day of July 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that Law Offices of Martin E. Restituyo, P.C. is the recipient of an information subpoena herein and of a copy and original of the above written questions together with a prepaid, addressed return envelope, that the foregoing answers to the above written questions are true and complete, and I understand that this document may be filed in an action or proceeding in a court of law.

Dated: New York, New York
        July 17, 2025

                                                Martin E. Restituyo, Esq.

# EXHIBIT A

| [Santiago Quezada] General Representation Case Pizarro v. Euros El Tina Lounge | | |
|---|---|---|
| **Date** | **Payment Method** | **Amount** |
| Nov 5, 2020 | Cash | $5,000.00 |
| Dec 8, 2020 | Cash | $5,000.00 |
| Jan 8, 2021 | Cash | $5,585.00 |
| Feb 5, 2021 | Cash | $5,000.00 |
| Mar 5, 2021 | Cash | $5,000.00 |
| Apr 12, 2021 | Cash | $5,000.00 |
| May 17, 2021 | Cash | $502.00 |
| Jun 24, 2021 | Cash | $7,000.00 |
| Jul 27, 2021 | Cash | $7,000.00 |
| Sep 1, 2021 | Cash | $13,379.90 |
| Sep 29, 2021 | Cash | $7,000.00 |
| Oct 28, 2021 | Cash | $10,480.65 |
| Dec 1, 2021 | Cash | $7,000.00 |
| Mar 8, 2022 | Cash | $6,000.00 |
| Apr 1, 2022 | Cash | $6,000.00 |
| Apr 26, 2022 | Cash | $6,000.00 |
| May 24, 2022 | Cash | $6,665.10 |
| Jun 28, 2022 | Cash | $6,000.00 |
| Jul 26, 2022 | Cash | $6,095.00 |
| Sep 1, 2022 | Cash | $6,000.00 |
| Oct 3, 2022 | Cash | $6,000.00 |
| Nov 2, 2022 | Cash | $6,859.80 |

| Oct 13, 2023 | Cash | $10,000.00 |
| Nov 2, 2023 | Cash | $11,000.00 |
| Dec 1, 2023 | Cash | $6,000.00 |
| Dec 29, 2023 | Cash | $5,000.00 |
| Jan 30, 2024 | Cash | $5,000.00 |
| Mar 1, 2024 | Cash | $6,000.00 |
| Apr 2, 2024 | Cash | $6,000.00 |
| Apr 3, 2024 | American Express #1F8-E7515 entered in-office | $1,339.00 |