UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA JOSE PIZARRO<br>    Plaintiff/Counterclaim<br>    Defendant<br>v.<br>EUROS EL TINA RESTAURANT LOUNGE<br>AND BILLIARDS CORP., SANTIAGO<br>QUEZADA, SANTIAGO QUEZADA JR.<br>    Defendants/Counterclaim<br>    Plaintiffs/Third-Party<br>    Plaintiffs<br>v.<br>EMITON FERNANDEZ, NARCISO GOMEZ,<br>JOSE E. CASTRO, TOMAS ANDRES<br>PIZARRO ZEPEDA, ELADIO CASTRO<br>PRODUCTIONS INC., ZOILIMAR MEJIA,<br>    Third-Party Defendants | 1:20-cv-05783-AKH<br><br>**NOTICE OF MOTION**<br>Turnover, Leave to Register Judgment |

PLEASE TAKE NOTICE on August 14, 2025, at 9:30 a.m. ("return date"), plaintiff-judgment creditor Maria Jose Pizarro will move this Court before the Honorable Alvin K. Hellerstein at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for an order:

(a) Directing: (i) that defendant-judgment debtor Santiago Quezada turnover and deliver his watches and jewelry (listed in Schedule A/B Item 12) to the sheriff for sale in the manner prescribed by law, pursuant to CPLR 5225(a); (ii) that the first portion of the sale proceeds in an amount not exceeding $1,000 be paid over to Mr. Quezada based on the exemption in CPLR 5205(a)(6); (iii) that Maria's judgment against Mr. Quezada, less any amounts paid to date, be adjudged to be a lien upon the surplus; and (iv) that the surplus be applied to Maria's judgment against Mr. Quezada, less any amounts paid to date;

(b) Directing: (i) that Mr. Quezada turnover and deliver his 2024 Mercedes Benz GLS 600 Z4 (listed in Schedule A/B Item 3.1) to the sheriff for sale in the manner prescribed by

law; (ii) that the first portion of the sale proceeds be applied to the lien of Mercedes Benz Financial Services; (iii) that the second portion of the sale proceeds in an amount not exceeding $4,000 be paid over to Mr. Quezada based on the exemption in CPLR 5205(a)(8); and (iv) that Maria's judgment against Mr. Quezada, less any amounts paid to date, be adjudged to be a lien upon the surplus; and (v) that the surplus be applied to Maria's judgment against Mr. Quezada, less any amounts paid to date;

(c) granting leave to register the judgment (ECF [#194](#194)) with the United States District Court for the Northern District of Illinois, pursuant to 28 U.S.C. § 1963; and

(d) granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE in accordance with Local Civil Rule 6.1(b), opposition papers must be served by August 6, 2025, and if the motion is opposed reply papers will be served by August 13, 2025.

PLEASE TAKE FURTHER NOTICE that per Individual Rule 2.D, the return date is not an appearance date.

Dated: New York, NY
       July 23, 2025

Amini LLC

/s/ Jeffrey Chubak
Jeffrey Chubak
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
jchubak@aminillc.com

Evan Brustein
Brustein Law PLLC
299 Broadway
17th Floor
New York, NY 10007
(212) 233-3900
evan@brusteinlaw.com
Attorneys for Plaintiff