UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA JOSE PIZARRO<br>    Plaintiff/Counterclaim<br>    Defendant<br>v.<br>EUROS EL TINA RESTAURANT LOUNGE AND BILLIARDS CORP., SANTIAGO QUEZADA, SANTIAGO QUEZADA JR.<br>    Defendants/Counterclaim Plaintiffs/Third-Party Plaintiffs<br>v.<br>EMITON FERNANDEZ, NARCISO GOMEZ, JOSE E. CASTRO, TOMAS ANDRES PIZARRO ZEPEDA, ELADIO CASTRO PRODUCTIONS INC., ZOILIMAR MEJIA,<br>    Third-Party Defendants | 1:20-cv-05783-AKH<br><br>**DECLARATION OF JEFFREY<br>CHUBAK IN SUPPORT** |

I, Jeffrey Chubak, hereby declare:

1. I am a member of Amini LLC, counsel for the above-named plaintiff-judgment creditor, Maria Jose Pizarro, and submit this declaration in support of her motion for turnover and sale of certain personal property of defendant-judgment debtor Santiago Quezada ("Mr. Quezada") and for leave to register her judgment against him with the United States District Court for the Northern District of Illinois.

2. Annexed hereto as <u>Exhibit 1</u> is a true and correct copy of tastytrade's answers to the written questions accompanying Maria's information subpoena to it.

3. Annexed hereto as <u>Exhibit 2</u> is a true and correct copy of NinjaTrade's answers to the written questions accompanying Maria's information subpoena to it.

4. Annexed hereto as <u>Exhibit 3</u> is a one-page excerpt from the June 2024 TD Bank statement scheduled by Mr. Quezada indicating the account is closed.

5. Annexed hereto as <u>Exhibit 4</u> is a one-page excerpt from the September 2024 TD Bank DIP (debtor in possession) account statement indicating the account is closed.

6. Annexed hereto as <u>Exhibit 5</u> is the August-November 2024 statements from the Chase Bank account scheduled by Mr. Quezada indicating that $215,704 was withdrawn in a single transaction in October. The November statement that immediately followed is the most recent one for this account produced by Chase Bank, in response to a document subpoena that sought statements through May 2025.

I hereby declare under the penalty of perjury that the foregoing is true and correct. Executed on July 23, 2025.

/s/ Jeffrey Chubak