UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA JOSE PIZARRO<br>    Plaintiff/Counterclaim<br>    Defendant<br>v.<br>EUROS EL TINA RESTAURANT LOUNGE AND BILLIARDS CORP., SANTIAGO QUEZADA, SANTIAGO QUEZADA JR.<br>    Defendants/Counterclaim<br>    Plaintiffs/Third-Party<br>    Plaintiffs<br>v.<br>EMITON FERNANDEZ, NARCISO GOMEZ, JOSE E. CASTRO, TOMAS ANDRES PIZARRO ZEPEDA, ELADIO CASTRO PRODUCTIONS INC., ZOILIMAR MEJIA,<br>    Third-Party Defendants | 1:20-cv-05783-AKH<br>**INFORMATION SUBPOENA QUESTIONNAIRE**<br><br>**Judgment Debtor Information**<br>Name: Santiago Quezada aka Santiago Quezada, Sr. aka Quezada Santiago<br>SSN (Last 4 Digits): -7173<br>Address: 258 Rumsey Road, Yonkers, NY 10705<br>Tel: (914) 462-8872 |

Question 1

Identify each account titled in the name of Santiago Quezada by account number and account type.

7811: Individual Margin Account
3916: Joint with Rights of Survivorship Margin Account

Question 2

For each account identified in response to Question 1, state the dollar amount of cash frozen by the accompanying restraining notice.

7811: $0

3916: $29,418.34

Question 3

For each account identified in response to Question 1, state the value of securities frozen by the accompanying restraining notice, and for each such security identify the security by name, type and number of shares frozen.

Answer

7811: $0

3916: $50,168.34

Original of Information Subpoena Questionnaire

Question 4

As to each payment made to tastytrade, Inc. f/k/a tastyworks, Inc. to fund an account titled in the name of Santiago Quezada, state the amount of the payment, the name of the bank or other financial institution from which payment was made, and the title and account number of the account from which payment was made.

Answer

▇7811: none

▇3916: see the enclosed spreadsheet

Question 5

As to each payment made by tastytrade, Inc. f/k/a tastyworks, Inc. to Santiago Quezada, state the amount of the payment, the name of the bank or other financial institution to which payment was made, and the title and account number of the account to which payment was made.

Answer

▇7811: none

▇3916: see the enclosed spreadsheet

I affirm this 22 day of July , 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that tastytrade, Inc. f/k/a tastyworks, Inc. is the recipient of an information subpoena herein and of a copy and original of the above written questions together with a prepaid, addressed return envelope, that the foregoing answers to the above written questions are true and complete, and I understand that this document may be filed in an action or proceeding in a court of law.

tastytrade, Inc. f/k/a tastyworks, Inc.

By: _____
Name: Courtney Knapp
Title: Associate Compliance Officer

Original of Information Subpoena Questionnaire