UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA JOSE PIZARRO<br>        Plaintiff/Counterclaim<br>        Defendant<br>v.<br>EUROS EL TINA RESTAURANT LOUNGE<br>AND BILLIARDS CORP., SANTIAGO<br>QUEZADA, SANTIAGO QUEZADA JR.<br>        Defendants/Counterclaim<br>        Plaintiffs/Third-Party<br>        Plaintiffs<br>v.<br>EMITON FERNANDEZ, NARCISO GOMEZ,<br>JOSE E. CASTRO, TOMAS ANDRES<br>PIZARRO ZEPEDA, ELADIO CASTRO<br>PRODUCTIONS INC., ZOILIMAR MEJIA,<br>        Third-Party Defendants | 1:20-cv-05783-AKH<br>**INFORMATION SUBPOENA**<br>**QUESTIONNAIRE**<br><br>**Judgment Debtor Information**<br>**Name:** Santiago Quezada aka Santiago Quezada, Sr. aka Quezada Santiago<br>**SSN (Last 4 Digits):** -7173<br>**Address:** 258 Rumsey Road, Yonkers, NY 10705<br>**Tel:** (914) 462-8872 |

Question 1

Identify each account titled in the name of Santiago Quezada by account number and account type, and for each account state the dollar amount frozen by the accompanying restraining notice..

Answer: [REDACTED]8936 Futures trading account - $5,000 Frozen - Joint acct w/ Gisel Benedicta Batista Quezada

Question 2

As to each payment made to NinjaTrader Clearing, LLC dba NinjaTrader, to fund an account titled in the name of Santiago Quezada, state the name of the bank or other financial institution from which the subject funds were drawn, and the account number of the account from which the subject funds were drawn.

Answer: TD Bank Checking Routing [REDACTED]5393 Acct # 02601367 3

I affirm this 11 day of July, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that NinjaTrader Clearing, LLC dba NinjaTrader is the recipient of an information subpoena herein and of a copy and original of the above written questions together with a prepaid, addressed return envelope, that the foregoing answers to the

Original of Information Subpoena Questionnaire

above written questions are true and complete, and I understand that this document may be filed in an action or proceeding in a court of law.

NinjaTrader Clearing, LLC dba NinjaTrader

By: _____
Name: Joseph Pucci
Title: Senior Compliance Officer

Original of Information Subpoena Questionnaire