UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA JOSE PIZARRO, | Case No. |
| Plaintiff, | 20-CV-5781 (AKH) |
| -- against -- | |
| EUROS EL TINA RESTAURANT LOUNGE AND BILLIARDS CORP. and SANTIAGO QUEZADA, | |
| Defendants, | |

**Plaintiff Maria Jose Pizarro's Motion for Entry of Judgment of Joint and Several Liability against Defendants Euros El Tina Restaurant Lounge and Billiards Corp. and Santiago Quezada and for an Additional Award of Fees, Costs, and Disbursements incurred in Connection with Defendants' Appeal and Post-Judgment Motions and Bankruptcy Proceedings**

**PLEASE TAKE NOTICE** that upon the jury verdict rendered on October 23, 2023, the accompanying Memorandum of Law, dated October 23, 2025, and the annexed Declarations of Plaintiff's Attorneys Evan Brustein, dated October 23, 2025, and Brian L. Bromberg, dated October 23, 2025, and the exhibits annexed thereto, and the Declarations in Support of Attorneys Danial S. Blinn, dated October 20, 2025, James Fishman, dated October 22, 2025, and Ahmad Keshavarz, dated October 20, 2025, and the accompanying exhibits, and all of the proceedings heretofore had herein, Plaintiff Maria Jose Pizarro will move this Court before the Honorable Alvin K. Hellerstein in Courtroom 14D, located at 500 Pearl Street, New

1

York, NY 10007, on November 24, 2025, at 9:30 am, or as soon thereafter as counsel may be heard, for an Order and Judgment for the following relief against Defendants EUROS EL TINA RESTAURANT LOUNGE AND BILLIARDS CORP. and SANTIAGO QUEZADA:

## REQUESTED RELIEF

Plaintiff respectfully requests that the Court:

1. Enter a judgment or order against Defendants EUROS EL TINA RESTAURANT LOUNGE AND BILLIARDS CORP. and SANTIAGO QUEZADA, that makes it explicit that SANTIAGO QUEZADA is jointly and severally liable under New York law for the full amount of damages awarded by the jury and for the fees and costs already awarded by this Court and affirmed by the U.S. Court of Appeals for the Second Circuit;

2. Enter judgment against EUROS EL TINA RESTAURANT LOUNGE AND BILLIARDS CORP. and SANTIAGO QUEZADA, jointly and severally, for the additional attorney fees and costs incurred by Plaintiff, in the amount of $103,184.97, in successfully defending against Defendants' appeal to the Second Circuit; and

3. Grant such other and further relief as the Court deems just and proper.

Under Local Civil Rule 6.1, any opposing or response papers must be served within 14 days after service of these moving papers, and any reply papers must be served within 7 days after service of the answering papers.

Dated:       October 23, 2025

                                              /s/ *Brian L. Bromberg*
                                              Brian L. Bromberg

<u>Attorneys for Plaintiff</u>

Evan Brustein
Brustein Law PLLC
299 Broadway, Suite 800

New York, NY, 10007
Tel: (212) 233-3900
Email: evan@brusteinlaw.com

Brian L. Bromberg
Bromberg Law Office, P.C.
295 Madison Ave, 22nd Floor
New York, NY 10017
Tel: (212) 248-7906
Email: brian@bromberglawoffice.com