**THE LAW OFFICES OF MARTIN E. RESTITUYO, P.C.**
1325 Avenue of the Americas, 28th Floor, New York, New York 10019

Martin E. Restituyo
Tel: 212-729-7900
Fax: 212-729-7490
restituyo@restituyolaw.com

November 12, 2025

**VIA ECF**

Hon. Alvin K. Hellerstein
United States Magistrate Judge
United States District Court,
Southern District of New York
500 Pearl Street, Courtroom 14D
New York, New York 10007

      **Re:**   *Pizarro v. Euros El Tina Restaurant Lounge and Billiards Corp., et al.;*
              Case No. 20 Civ. 5783 (AKH)

Dear Judge, Hellerstein:

      This letter is submitted in response to the plaintiff's letter of November 12, 2025, in further support of her Motion for Attorney's Fees and Costs. Contrary to plaintiff's position, it is defendants' intention to submit a response to the pending motion, which is returnable on November 24, 2024.

      Though defendants' opposition remains timely, defendants have not submitted their opposition because Santiago Quezada Sr. is currently out of the country and has been unable to review or sign off on said documents. Efforts are underway to obtain his final review and approval of the opposition papers, however a nationwide power outage in the Dominican Republic yesterday complicated matters even further. We expect to have the requisite approvals by this weekend.

      Furthermore, we are obliged to inform the Court of a recent legal development that may directly interfere with any potential judgment enforcement. Earlier today we were informed that Ms. Quezada filed an application for divorce from Mr. Quezada. See Exhibit A. While we have not yet seen the pleadings, the matrimonial proceeding will inevitably involve claims over Mr. Quezada's assets. The divorce action has the potential to create a significant conflict with any immediate enforcement of the judgment that affects those assets.

      Given the need to review the opposition documents with our client and to consider the implications of the aforementioned divorce proceeding, we respectfully request that the Court grant us until Tuesday, November 18, 2025, to file defendants' opposition to the pending motion.

THE LAW OFFICES OF MARTIN E. RESTITUYO, P.C.
1325 Avenue of the Americas, 28th Floor, New York, New York 10019

We thank the Court for its continued consideration in this matter.

Respectfully,

*[signature]*

Martin E Restituyo, Esq.

Cc. all parties via ECF

Enc. Exh. A