UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA JOSE PIZARRO<br>                        Plaintiff<br>v.<br>EUROS EL TINA RESTAURANT LOUNGE<br>AND BILLIARDS CORP. and SANTIAGO<br>QUEZADA<br>                         Defendants | 1:20-cv-05783-AKH<br><br>**AMENDED JUDGMENT** |

This action having been tried by a jury, and a verdict having been rendered in favor of plaintiff Maria Jose Pizarro; and the initial judgment having been entered on February 23, 2024 (ECF #194) against defendant Santiago Quezada in the amount of $1,625,000.00, representing $1,000,000.00 in compensatory damages plus $625,000.00 in punitive damages, and against defendant Euros El Tina Restaurant Lounge and Billiards Corp. in the amount of $1,100,000.00, representing $725,000.00 in compensatory damages plus $375,000.00 in punitive damages; and the Court having entered an order on February 27, 2024 (ECF #195) awarding attorneys' fees in the amount of $241,997.50 plus expenses in the amount of $5,110.63, for a total of $247,108.13, in plaintiff's favor and against defendants Santiago Quezada and Euros El Tina Restaurant Lounge and Billiards Corp.; and the Court having entered an order on March 26, 2026 (ECF #275) (a) awarding additional attorneys' fees in the amount of $100,845.00 plus expenses in the amount of $2,339.97, totaling $103,184.97, in plaintiff's favor and against defendant Santiago Quezada, in relation to plaintiff's successful defense of the appeal of the judgment, and (b) granting plaintiff's motion for an amended judgment reflecting joint and several liability for damages awarded by the jury; now, therefore, it is hereby ORDERED and ADJUDGED:

1.    That plaintiff Maria Jose Pizarro has judgment and recovers from defendants Santiago Quezada and Euros El Tina Restaurant Lounge and Billiards Corp., jointly and severally, in the amount of $2,725,000.00. Post-judgment interest shall accrue thereon pursuant to 28 U.S.C. § 1961 from February 23, 2024 until full satisfaction.

2.      That for attorneys' fees and costs incurred in the underlying action, plaintiff Maria Jose Pizarro has judgment and recovers from defendants Santiago Quezada and Euros El Tina Restaurant Lounge and Billiards Corp., jointly and severally, in the amount of $247,108.13. Post-judgment interest shall accrue thereon pursuant to 28 U.S.C. § 1961 from February 27, 2024.

3.      That for attorneys' fees and costs incurred in defending the appeal, plaintiff Maria Jose Pizarro has judgment and recovers from defendant Santiago Quezada in the amount of $103,184.97. Post-judgment interest shall accrue thereon pursuant to 28 U.S.C. § 1961 from March 26, 2026.

DATED:    New York, New York
                , 2026

SO ORDERED:

ALVIN K. HELLERSTEIN
United States District Judge