UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MARIA JOSE PIZARRO<br>                    Plaintiff<br><br>v.<br><br>EUROS EL TINA RESTAURANT LOUNGE<br>AND BILLIARDS CORP., SANTIAGO<br>QUEZADA<br>                    Defendants | 1:20-cv-05783-AKH<br><br>**RENEWED NOTICE OF MOTION<br><u>TO APPOINT RECEIVER</u>** |

PLEASE TAKE NOTICE that upon the declaration of Jeffrey Chubak, together with the exhibits annexed thereto, and the memorandum of law in support, both dated April 21, 2026, plaintiff Maria Jose Pizarro moves for an order, pursuant to CPLR 5228, made applicable pursuant to FRCP 64 and 66 (a) appointing Eric Huebscher as receiver over all real property owned by defendant Santiago Quezada ("Mr. Quezada") located within the Dominican Republic, including that owned by Mr. Quezada and identified in his bankruptcy schedules, ECF #239-2, Schedule A/B Items 1.2 to 1.4 (PDF pp.9-10) and that described in ECF #239-3, and Mr. Quezada's ownership interest in El Tina Fish Market Corp. (together, the "property to be received" under CPLR 5228); (b) directing Mr. Quezada to promptly transfer title to all Dominican real property constituting property to be received to the receiver, so the receiver can sell the same; (c) directing Mr. Quezada to turn over to the receiver all stock shares and/or certificates he holds in El Tina Fish Market Corp. so that the receiver can sell the same, or collect Mr. Quezada's future distributions, dividends and/or profits; (d) directing Mr. Quezada, if the aforementioned certificates of El Tina Fish Market Corp. stock are missing or unavailable, to execute and deliver (consistent with CPLR 5225(c)) to the receiver, replacement stock certificates, a lost stock affidavit and/or any other instrument necessary to effectuate delivery of the stock to the receiver; (e) directing the receiver to distribute proceeds of the sale of the property to be received to Mr. Quezada's judgment creditors, according to the priority determined by this Court; (f) authorizing

the receiver to employ counsel, including Dominican counsel, and brokers, for the purpose of enforcing the receiver's order of appointment within the Dominican Republic; and (g) granting such other and further relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Civil Rule 6.1(b), opposition papers must be filed within fourteen days following service hereof.

Dated: New York, NY
      April 21, 2026

Amini LLC

/s/ Jeffrey Chubak
Jeffrey Chubak
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
jchubak@aminillc.com

Evan Brustein
Brustein Law PLLC
299 Broadway
Suite 800
New York, NY 10007
(212) 233-3900
evan@brusteinlaw.com
Attorneys for Plaintiff